RECEIVED 2019 JUL 26 PM 1:51

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FILED

JUL 29 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael W. O'Connor, )
By and Through Valentina O'Connor, )
Legal Guardian and Next Friend, Vs. )
**City of Chicago**, a municipal corporation: Officers )
Chigaros, K..#20037, Nelligan, C. #21281, Quintero, R. # )
20037, Det. J. Bowes, #20886, Ferguson, B.#20286, )
A.S.A. Gottrich, Gallagher, G.# 21088, Merkel, J. # 21015 )
Rumbauch, # 5876, Sparks, S. #2283, S Sherell#2283 )
Barry, K.#1816, Adams, M.#20737,20299, 3697,Pierkarski ) CASE NO.:______________
-Block, #20683,ASA D. Lawler,Bobby Kline,Kleist, L.Gool. )
**Vivienne Dean**, MH Counselor, HRDI, an individual. )
**Patrycza Wlosik**, an individual, claimed victim of Michael )
O'Connor's color of crime case & prosecutor's only witness)
**Artur Wlosik**, an individual, claimed victim of Michael )
O'Connor's color of crime case, and, upon information )
and belief, a Cook County Sheriffs' Department employee. )
**De Paul University** and its agents, Cynthia Summers, )
Officer Randi Shire, Professor Kelly Marshall, D.Krupa, )
Lavonne Kopka, Ellen Herion Fingado, Judy Kollar, )
Domonic Rollins, Ty Matthews, Anissa Jones,M. Morgan, )
Rima Shah, Latonia Carter, Art Munin, Lara Warren, )
County of Cook, a Body Politic and Corporate Sheriffs: )
Lieutenant Andrew Wodarczyk III, #523, Sergeant Brian )
Acevedo, #1030,Department Head Smith, M.#1 unknown employee, Star #370, )
D/SGanir,#11358,Banks#219,Sgt.Mateck,#1096,Bales #219 )
Orland Park Police Unknown Officers E. Rossi, # 46,Defendants.

1:19-cv-05100
Judge Virginia M. Kendall
Magistrate Judge M. David Weisman

JURY DEMAND

RECEIVED 2019 JUL 26 PM 4:51

## MICHAEL O'CONNOR'S FOURTH AMENDMENT CLAIM UNDER THE 42 U.S.C.§ 1983

The Fourth Amendment requires a fair and reliable determination of probable cause as a condition to any significant pretrial restraint on liberty. This determination must be made by a judicial officer promptly following the arrest and it must be reasonable beyond a reasonable doubt. The determination of probable cause for detention is the first step in the criminal justice system designed to safeguard the rights of those accused of criminal conduct. It cannot be based on fabricated evidence nor animus driven, it has to be neutral, detached and competent.

We submit that in Michael's continuous nine pretrial (without any trial) seizures and re - incarcerations for more than seven years now[1], **the determination of the probable ca**use has not been neutral nor competent. Moreover, the evidence was fabricated, thus depriving Michael of legal process.

Since the information filed by the Affiant prosecutor, standing alone, which was based on fabricated evidence, lies, false and unconstitutional charges was sufficient to justify detention pending jury trial for over seven years ;

Since the prosecution's information, validated by a phantom Grand Jury[2] or by a one man Grand Jury, Officer Eric Rossi, where only the false sworn witnesses testified, i.e. Patrycza Wlosik, her father, Artur Wlosik, and their friends State actors, secretly lying to forge a color of crime against Michael O'Connor and to cruelly and hatefully deny Michael his needed legal process, thus risking to trivialize the Constitution of the U.S. and to cause disrepute to the judicial system in the public eye,

Since the State actors who continuously forged and trumped up color of crimes against Michael meant not only to take away without legal process Michael's Liberty and his property, his education and status in life, but even repeatedly attempting to take away Michael's life, **we submit that the prosecution - controlled determination of cause for Michael's over seven years pre - trial detention, was *ab initio* forfeited, violating Michael's Fourth Amendment rights, as it was based on fabricated evidence which was never allowed to be challenged by a competent and objective legal process, as three Judges' competent Orders to give Michael bond since he does not present any threat and thus he should not be in jail, have been superseded by the Affiant in Michael's case, who "got mad" finding that Michael suffers from mental illness and supported Mr. Artur Wlosik's and his daughter's**

**malicious/sadistic view that "If he's crazy, he MIGHT do something to my daughter"[3], falsely convicting Michael of violation of an *ab initio* unconstitutional cyberstalking statute which has been stricken down as unconstitutional by both the U.S. Supreme Court and by the Illinois Supreme Court, through excessive duress, conscience shocking assaults and beatings in jail and in the Bond Court, under the victim's and her father's pressing false charges against Michael[4] in violation of Michael's innocence and lack of *mens rea*, sentenced Michael to a continuous pre trial detention in Maximum Security Cook County Jail with no cause, no valid charge, and No Bond for one charge of cyberstalking.[5]**

- When Michael attempted to challenge the unconstitutionality of his detention, in his Gerstein first appearance in Bond Court, on 5/09/2014, he was rebutted with excessive, deadly force and left "dead weight", "not breathing", unconscious for approximately two hours, with "blunt head trauma", 11 concussions, PTSD, excessive anxiety, multiple broken bones and TBI which, untreated for over three years of pre - trial detention(without any trial ever) based on fabricated evidence, lies, and false and unconstitutional charges, became permanent TBI with significant brain damage, significant memory and cognitive abilities losses and constant danger of suicide, as more re - arrests and re - incarcerations, without cause, without bond, and without charges were continuously fabricated just to keep Michael incarcerated forever. Please refer to Michael's re - incarcerations of July-August, 2018, of January 25, through March 25, 2019, and to his present re incarceration, since June 20th, 2019, when Michael again is incarcerated in Maximum Security, for No Cause, No Charge, and this time, after his younger brother was able to hire an Attorney to advocate for him, Michael was given bond, but the exorbitant $100,000 has never in our knowledge been given to any of Michael's "brothers" incarcerated in the Maximum Security Cook County Jail for murder charges, as Michael, in one of his rap lyrics, wonders, " My bond of a mil.../Who the... did I kill?"( when a second cyberstalking charge was added, on 10/18/2012, for the same love poems writing, Michael was given, in addition to the No Bond, a $1,350,000) and sent to the Maximum Security Cook County Jail, Division X, where, "under the direct control of Lieutenant Andrew Wodarczyk III" and unbeknown to Michael, he was taken by the Top Crime Suburban squad of same Orland Park Officers Rossi and Jankowsky, to be brutally interrogated entire night of 11/06/2012, kept for two nights and returned to the

[3] Mr. Wlosik's statement to V. O'Connor on or about Su., 6/16, 2012

[4] Ms. Wlosik's text to her and Michael's friends inquiring what did Michael do to her, "Mike didn't do anything to me, I just wanna see his ass rot in jail".

same Maximum Security cellmate who was making death threats on Michael and who was informed that Michael was out "to rat" on him, so, despite Michael's desperate pleas for help, **the guards ignored (or were instructed to ignore) Michael's pleas for help and under their watch, Michael was sexually and physically assaulted, left unconscious with human bites onhis neck and body and concussions inflicted by Michael's cellmate's ferocious assault** of Michael.

- **On 11/04/2012, two nights before his new interrogation by Orland Park Police Officers, and four nights before his almost fatal beating, Michael was begging for help to get out, as he was still hoping that he might be able to make his final exam for his DePaul's Professor Dean Corrin's class of Comedy Sketch for which Michael had prepared the dramatized version of his "American Dream" trilogy. Michael's "American Nightmare" was just about to start as his hope for justice and thriving in life were being killed and buried under cover ups.**
- Michael was constantly re-seized and re - incarcerated, without probable cause and without legal process, without bond and without statutory charges(because the cyberstalking and stalking statutes were also stricken down as unconstitutional and because the "aggravated battery" FALSE charge pressed on Michael by one of his Bond Court executioners, Sheriff Wright- See Michael's suit, *O'Connor v. Deputy Wright et al*, No. 1-15-08066 - for more than seven years:
- 1, on 6/14/2012 when, without a warrant, for allegedly having violated, on June 6th, 2012, a temporary No Contact Order, which was issued on June 11th, 2012(sic) [6]as he walked into the Orland Park Police station where he was invited "to talk", he was brutally interrogated without his lawyer, Attorney Terry Hamilton, and he was enticed to "just sign" a mostly blank paper (Michael still wonders what does that paper contain, as his Attorney told him that his file is more voluminous than any murder case ever),that must have made him look so "dangerous"

---

6. At the Orland Park Police Station, where, invited "to talk", upon his arrival, Michael was assaulted, arrested without a warrant, not allowed the assistance of an Attorney-Ms. Torry Hamilton-, and enticed to sign a blank sheet so that he would be released to make his beloved DePaul noon class, after which, while handcuffed, "Too bad she decided to prosecute you" he was forced to initial his Miranda Rights and was sent to Cook County Jail on false allegations that, on June 6, 2012, he violated a Temporary civil No Contact Order which was issued on June 11, 2012-sic-,signed by Officer Bradley Jankowsky). Chicago Police Department (to where the victim and her father, in conspiracy with the Orland Park Police, were granted an AMBER ALERT against Michael on 5/06/2014, to arrest him instanter and to throw him again in Maximum Security Cook County Jail, with No Bond, because, as he was home preparing his final exam for his Criminal Justice class, and in the same time, entrapped by "love" messages from the victim or her "friends", e.g. constantly, "Call me right now, I love you so much", "I never did this to you, someone snooped through my things", amounting to victim's (or her "friends" impersonating her to entrap Michael) 111 messages, Michael became more delusional and posted about 12 love poems (not "hundreds" as falsely alleged), mentioning the victim's name.

Under 8/22/2014 cross examination, Ms. Wlosik declared that she did not have a Facebook account, but "friends" alerted her to Mike's postings, that she is Not Afraid of Michael, that he did not "exploit", nor "intimidated her minor(?) and that she marked with "Yes", but she does not know what "confining" means, **yet the prosecutor did not interrupt to state that the Prosecution's witness IS LYING on the stand, but instead stated, "Oh, Judge, she just marked all the questions on the form with "Yes"- but this falsities costed and continue to cost Michael's Liberty and Life for more than seven years now.**

[6] On Friday, 7/19/2019, Michael was not brought to Court, or brought after Court, because he "is **too high risk**"; On Tuesday, 7/23/2019,he appeared in Judge Reddick's Court again in shackles and restraints because allegedly he smoked a joint in the HRDI Treatment, so he allegedly violated his MH probation and will be punished with prison time, yet he has a valid permit for medicinal marijuana since 2017 until presently.

RECEIVED
2019 JUL 26 PM 4:50

## PRAYER FOR RELIEF

- Plaintiff respectfully asks the District Court for appropriate relief as the interests of justice may require,
- That the Court declares that the Orland Park Police, the City of Chicago, the Cook County Sheriffs Department, Cook County Jail, DePaul University and
- especially Mr. Artur Wlosik and Ms. Patrycza Wlosik, who fabricated evidence to present to the Orland Park Police [1], to the Chicago Police detectives, to the State Attorneys Office, to several Grand Juries, and to the DePaul University,
- As they also instigated/alarmed the State Attorney "affiant" in this case and other 14 prosecutors who continue to prosecute Michael as of today, as the "affiant" prosecutor superseding three reasonable findings of three Judges that Michael is Not a Danger to Anyone, that his love postings do not present a threat, based on the
- **fabricated evidence** which the victim and her father presented to DePaul University insisting that "My dad will escalate this to have Michael expelled"(victim's email message/statement to the DePaul Assistant Dean Mr. Domonic Rollins and to other De Paul officials), thus **maliciously perpetrating calumnious exaggerations about Michael's mental health status, e.g., "If he's crazy, he MIGHT do something to my daughter", "He should be in prison for 30 years", "He should be expelled because he was charged with criminal charge"**, etc. even if Michael never harmed anyone, but to the contrary,

[1] At the Orland Park Police Station, where, invited "to talk", upon his arrival, Michael was assaulted, arrested without a warrant, not allowed the assistance of an Attorney-Ms. Torry Hamilton-, and enticed to sign a blank sheet so that he would be released to make his beloved DePaul noon class, after which, while handcuffed, "Too bad she decided to prosecute you" he was forced to initial his Miranda Rights and was sent to Cook County Jail on false allegations that, on June 6, 2012, he violated a Temporary civil No Contact Order which was issued on June 11, 2012-sic- and signed by Officer Bradley Jankowsky), Chicago Police Department (to where the victim and her father, in conspiracy with the Orland Park Police, were granted an AMBER ALERT against Michael on 5/06/2014, to arrest him instanter and to throw him again in Maximum Security Cook County Jail, with No Bond, because, as he was home preparing his final exam for his Criminal Justice class, and in the same time, entrapped by "love" messages from the victim or her "friends", e.g. constantly, "Call me right now, I love you so much", "I never did this to you, someone snooped through my things", amounting to 111 messages, Michael became more delusional and posted about 12 love poems (not "hundreds" as falsely alleged), mentioning the victim's name, when, under 8/22/2014 cross examination, she declared that she did not have a Facebook account, but "friends" alerted her to Mike's postings, etc.

he interviewed and wrote over 1,000 pages of Life Stories of the Maximum Security pre trial detainees, who, Michael related, "burst into tears" when he was reading to them "their own life story", and "Do you know why they were bursting into tears?" Michael asked, and he answered the question to which we do did not have an answer, "Because no one asked them about their life and what brought them to jail".

- The Plaintiff further **prays the Court to declare that the above mentioned institutions have a policy or custom that deprived and continues to deprive a hard-working student and an innocent citizen like Michael W. O'Connor of his Fourth Amendment rights, by detaining him in prolonged, over 1,350 days pre - trial detention (without any jury trial), without probable cause, without legal process, and without bond,**
- Based on fabricated evidence, or no evidence in support of the defamatory hear says of the "affiant" who superseded three Judges' sound judgment that Michael never presented any threat, alleging calumniously that Michael is a "threat", thus violating Michael's due process rights, seizing him and depriving him of his Liberty without cause for nine consecutive times since 2012 until the present time.[2]
- That **the above mentioned Defendants maliciously deprived and continue to deprive Michael of his property rights to his education and employment thus avoiding their duty for accountability and maliciously refusing to investigate the veracity of the victim's father and of the victim's secret, malicious and false statements against Michael, as well as of their "friends", the forgery of records within the Mt. Sinai Emergency Department 5/09/2014 records, the falsifications and trumped up charges against Michael within the Circuit Courts of Cook County Dockets, the striking errors within the sentencing Court on 6/02/2017 and before, which have never been corrected**, and into continuously threatening even the doctors who attempted to treat Michael, e.g. his dentist and the psychiatrists doctors, when the doctors were

[2] On Friday, 7/19/2019, he was not brought to Court, or brought after Court, because he "is too high risk"; On Tuesday, 7/23/2019,he appeared in Judge Reddick's Circuit Criminal Court again in shackles and restraints because allegedly he smoked a joint in the HRDI Treatment, so he allegedly violated his MH probation and will be punished with prison time, yet he has a valid permit for medicinal marijuana since 2017 until presently.

specifically told "to not treat Michael" because "he deserves what has been done to him" and summoned the doctors to release Michael from their hospital care, so he could be rearrested and reincarcerated for "30 years".

- **That Cook County Jail has a practice of denying medication and treatment to the pre trial detainees who are ill, until they become symptomatic or die;**
- and a practice of engaging into the **conspiracy** practice to never allow Michael and others similarly situated, to challenge their lack of probable cause for their prolonged seizure and pretrial detention, without ever a jury trial and without legal process.
- **That County of Cook has a practice of confiscating and DELETING EVIDENCE, e.g. Michael's Attorney Shay T Allen's phone and tape of Michael's beating in front of the Bond Court , and Michael's videotape of his 5/09/2014 Bond Court and waiting area,**
- **And a practice of undue delays, undue influence, colluding with criminal defense Attorneys and civil rights Attorneys or personal injury Attorneys, like in Michael's case 1-15-08066, which was again falsely placed on STAY, for the "criminal matters -i.e. false and unconstitutional charges- to be resolved first" and a practice of covering up such conscience shocking practices, e.g. Michael's civil rights suit 1-15-08066, having been forced into a coerced settlement stating falsely that "Michael just fell on his face into a little blood" – See attached photo.**
- **That County of Cook has a practice of assaulting innocent citizens in the Courtroom, and then pressing aggravated battery charges against them, as well as of concealing/hiding evidence of their innocence only to keep them unconstitutionally incarcerated under false and unconstitutional charges(e.g. Michael's cyberstalking charges and his false aggravated battery charge against one of his executioners on 5/9/2014, were alive and they would have been continued to be prosecuted against Michael, but for the FOIA photos which identifies the real batterers, despite the evidence of all the 14 witnesses- which was kept hidden by the Sheriffs' superior Officers -,**
- **when Lieutenant Andrew Wodarczyk III had "personal control" of Michael during the 20 minutes when Michael, restrained, was kicked in the head with their boots by the**

three Sheriffs, after which for approximately two hours he was left "dead weight, not breathing", to die, and Sergeant Brian Acevedo reported to the Bond Court on 5/09/2014 that it was Michael's fault disrupting the Court, when, in fact, the Bond Court Judge had been ordered on 5/08/2014, by Michael's detractors, based on the fabricated evidence, that he should be given No Bond, thus kept in jail indefinitely, with no treatment ( especially for the brain injury, TBI, caused to Michael by his executioners on 5/09/2014, injury of "blunt head trauma" with 11 concussions) for onerous and color of crimes that Michael has never committed.

- These practices ought to be stopped through appropriate investigations and Punitive Damages imposed by the District Court because these practices trivialize the Constitution of the U.S., and because they (not Michael!) are an imminent threat.
- This is one more reason why the District Court should ORDER the release of Michael's video of Michael's Bond Court assault and battery of 5/09/2014, as well as the depositions of over 30 pretrial detainees who witnessed the assault in horror.
- In Michael's case and others' similarly situated- charged with unconstitutional or false charges : these individuals are pushed into a wrongful conviction by agreeing to a "plea bargain" because, like in Michael's case, as he was not allowed any treatment for over three years for his "blunt head trauma" and 11 concussions, PTSD, excessive anxiety, etc., his TBI became chronic with significant memory and cognitive abilities losses, which render him "unable to form a normal judgement" anymore, so he would plea guilty to anything because his lawyer told him "that is the only way to get out of jail".
- The above mentioned practices continue to be perpetrated in violation of Michael's and others similarly situated, Fourth Amendment rights, by keeping them in prolonged seizure and pre trial detention(without a trial, in violation of the Speedy Trial Act), until when, under excessive duress, collusive influence of their Criminal Defense Attorney with the 'Affiant" prosecutor who maliciously started and continues this detention, even after the wrong plea bargain, while Michael and other situated similarly, are on an entrapping Mental Health probation, and constantly under the

threat of violation of probation, thus sent to penitentiary for the rest of their natural life, because even if their arrest and pre - trial detention were wrong, now they are convicts and in the power of a malicious prosecution to violate their probation - refusing them treatment and criminalizing their need for MH treatment- only to criminalize their refused/untreated mental health symptoms and to keep them imprisoned for life (or under false charges, on the death row). They will never know the taste of Liberty again, thus enslaved to a biased legal system which ab initio denied their Constitutional right to a probable cause beyond a reasonable doubt.

- Regarding what we believe establishes liability on DePaul University's agents who allowed and conspired against Michael instead of investigating and correcting the false allegations against his state of brilliant but suffering from mental illness, student:
- to have permitted/ and unleashed, instead of correcting and educating the brute force against Michael, promoted by his beloved "DePaul sister "and her father who obviously do not seem to know that the US Constitution provides rights to Freedom of Speech and of expression, as well as Due Process ad Equal Access to Justice(even for the disabled),
- to have allowed/cooperated to the conspiracy against Michael, a published writer, who, at 20 years of age, had already received his pre-conferral degree, two trimesters short of graduating with a BA in Communications,
- to have completely denied/ in willful and malicious ignorance of Michael's IDEA, ADA, and Constitutional rights to Liberty, Life and property, and to permit that he be kidnapped and without any warrant, arrested and brutally interrogated by the Orland Park police, thrown in Maximum Security Division X Cook County Jail with No Bond, only to use this false and *ab initio* charge as a pretext to prevent Michael from participating to the DePaul meeting( of on or about October 23, 2012, where the victim's father and his "friends" "had [Michael ]expelled", based on lies and perjurious statements. See Bridgeview Court 8/22/2014 Judge McGinnis Court Transcript, where

**the victim under cross examination, perjured herself stating that she is not afraid of Michael,**

- **That Michael never "exploited" her, that she does "not know what confining means" and when the Attorney cross examining her remarked that she marked, "Yes" for all these questions, someone(clerk or prosecutor?!), instead of alerting the Court, that "witness is lying", responded for the victim, "she just marked everything that was on the form", in complete and cruel disregard of causing Michael No Bond incarceration in Maximum Security Cook County Jail, causing him to be assaulted with potentially deadly force on 11/08/2012 and on 5/09/2014, after the victim and her father, under the guidance of the Orland Park Police and their CPD connections, issued an AMBER ALERT against Michael for alleged Facebook poems postings.**
- **Based on the lies of self - claimed victims, Mr. Artur Wlosik, and his daughter, Ms. Patrycza Wlosik,** with whom Michael never had and continues to not have any dating or domestic relationship, nor any other kind of meaningful relationship, and her father,
- Who, upon information and belief, is employed by the Cook County, and who, using his employment status and his and his daughter's "friends", State actors pursued his unfounded *animus* against Michael's disability[3]never ceasing to sadistically harm him.
- Based on lies and forfeited interpretation of the law, based on personal *animus* to "see his ass rot in jail", [4]because "he MIGHT do something", only to deny Michael's freedom of speech and expression, and his due process rights, his right to challenge his onerous and *ab initio* unconstitutional charge of cyberstalking.[5]

---

[5] On 10/18/2012, in order to prevent Michael's participation to a meeting where the victim's father intended "to have Michael expelled", Michael was re-arrested a few days before the meeting and, charged with one *ab initio* unconstitutional charge of cyberstalking(having caused "apprehension" to the victim who texted, to their friends inquiring what did Michael do to her, "Mike didn't do anything to me, girl, I just wanna see his ass rot in jail"), Michael was re incarcerated with No Bond in Maximum Security Jail for one ab initio unconstitutional charge of cyberstalking, in order to prevent his testimony about the victim having plagiarized off his writing. He was kept incarcerated for false and unconstitutional trumped up,charges over three years until the victim graduated from DePaul.

- A malicious prosecution ensued again when Michel threatened to expose the victim's plagiarism off his papers (despite his directions that she makes it "[her]own", thus exacerbating Michael's Fourth Amendment violations, refusing to investigate the veracity of the victim's and her father's calumnious distortions of Michael's mental health symptoms(especially when, per practices of Chicago Police Department, Orland Park Police Department, and Cook County Jail, he was purposefully denied his medications and treatment), exacerbating his bipolar "lacking social graces", but otherwise, actually innocent behavior.
- Plaintiff further prays this Court to investigate and to issue an Injunction to prohibit the Defendants and their agents:
  - From engaging in any of the predicate acts forming the basis of the policy, custom, or practices herein;
  - From still Hiding and refusing to release the VIDEO of Michael's 5/09/2014 Bond Court assault with excessive/potentially deadly force, when the Sheriffs involved declared that the video camera was working in good condition.
  - From continuing to violate Michael's Fourth Amendment rights of seizure and incarceration without probable cause, without charge, and without bond;
  - From indefinitely depriving Michael of his liberty just because he suffers from mental illness: "He's not getting a Jury Trial because he's just a mental health case" (Michael's defense Attorney's statement to Michael's reminders of his 11/06, 11/07/2016 Jury selection and Jury Trial dates);
  - From manipulating Michael's illness to forge color of crimes against him, e.g., manipulating his lack of or mismedicating his medications/treatment for his bipolar illness - now schizophrenia - to make his behavior seem criminal.
  - From denying Michael his graduating from DePaul and his employment with the Purina Dog Food Company, where he had an employment offer, or other employment in accordance with Michael's professional educational degree,
  - To compensate Michael for the loss of income since his 2013 degree conferral B.A. degree expected date, and

- To compensate Michael for the consortium losses, for his and his family's reciprocal financial and moral support, for his right to travel with his family, for the agony which his detention and beatings caused to him and to his family who suffers with him and for him, for constant attempts to separate Michael from his family and his family from him by portraying him as a "threat" and by lying that his family and his mother and guardian "do not want Michael home".
- These Petitioners further pray the Court to ORDER De Paul University:
- To compensate Michael for his deprivation of liberty, for the infringement of Michael's Constitutional, IDEA and ADA rights to personal dignity, protection from invasion of Michael's privacy ,from defamation of Michael's character and of his disability status, for which he was and continues to be cruelly mocked, taken advantage of, manipulated and extorted, causing him to become delusional due to messages enticing him to "call [her] right now"and due to other entrapping over 111 messages from the girl he was in love with (or maybe from her "friends" impersonating her).
- And after he fell for her again, delusion driven posting approximately 14 poems (not "hundreds" as prosecution and vicitm's "friends" wrongly sustain) in Facebook(basically declaring his love for her, variations of "I love you" statements, like a literary version of Andy Warhol's Campbell Soups paintings), he was arrested at home with an AMBER ALERT (for having posted love poems in Facebook, when the victim was alerted by "friends", since she did not have a Facebook account- See Court transcript of 8/22/2014), he was again charged with another uncosntitutional charge of cyberstalking and violation of a frivolous civil No Contact Order, thrown in jail for over 1,350 days, indefinitely incarcerated with no probable cause,no bond, and no statutorily valid charge, so as
- To prevent Michael from appropriately pursuing his education, and from enjoying the fruits of his assiduous academic work ,
- That the Court ORDER De Paul University to eradicate the trumped up financial charges for Michael's education debt and to compensate him for his loss of education for over seven years and for debts incurred without DePaul FAFSA, including accumulated during

Michael's incarceration, and including the debt that Michael had to incur by pursuing his degree at other colleges, e.g. Columbia College and Harold Washington Community City College, at other institutions where Michael sought to take his classes so as to obtain his DePaul degree, due to , contrary to the civil No Contact Order issued against him on 7/09/2012, he was prevented from attending DePaul and even from entering DePaul campus since 2012-2013 school year.

- to supply for all the loss of Michael's dignity and most sincere love for learning by providing the appropriate clearing of his undeserved debt, financial debt, by lifting up the absurd prohibition of Michael from the DePaul campus (as Dean Fingado offensively stated in 2017/2018 when Michael sought his reinstatement) and instead of the prohibition-See Judge McGinnis ORDER! – on DePaul campus, DePaul should provide for all the missed accommodations including "note taker" and " attendant on duty",- as per Michael's clinician's Ms. Elizabeth Sullivan's Letter- regarding Michael's needed, per the IDEA and ADA Law, accommodations and modifications which De Paul should have provided instead of conspiring to have Michael thrown in Maximum Security Cook County Jail with No Bond for over 1, 350 days so that the victim could graduate without punishment for her plagiarism off Michael's work.
- To compensate, assist, and re - award Michael's DePaul's scholarships which have been cancelled upon his expulsion, and to reinstate and appropriately accommodate Michael's increased now(not by his fault) academic and social needs to graduate.
- Unless, in defense of the Constitution of the U.S., this Court issues an Injunction against Mr. and Ms. Wlosik, the City of Chicago, Orland Park, DePaul University, and the Cook County Department of Corrections, to stop the conscience shocking acts perpetrated continuously since June 2012 and until now,
- when presently Michael is stiil incarcerated without probable cause, without charge, and without legal process, and without bond(as he is on two Electronic Monitors, on home arrest even as he is incarcerated in Maximum Security Cook County Jail, Division X, too High Risk to even be brought to the Court on 7/19/2019, and today,

**7/23/2019,e appearing in shackles in the Courtroom ( only to increase everyone's suspicions against Michael and to criminalize him in the eyes of the public),**

- **Plaintiffs believe that, but for this Court's ORDER to stop the unconstitutional acts against Michael, these actions will continue to threaten his mental and physical life.**

- To compensate Michael **for seven years so far infringement on his estrangement from his family who also has been submitted to constant attacks on its Love, unconditional love for Michael and trust in his integrity of character, lies having been promoted that Michael's own family and his mother-all who love him-do not want him home,so he should be in jail-even Attorney Green, saying, "What would you do with him at home?"** but his family will always treasure and love Michael and he should be allowed after being deterred for over seven years, to join his family travelling annually to Spring Green, Wisconsin, and to his brother's home in Milwaukee, Wisconsin, so Michael should not be prevented from his right to travel and to be with his family , and the State actors who seek to harm Michael even more should be estopped from severing Michael's bond with/ from his family's love and care for him for more than seven years so far and still continuing their threat to separate Michael from his family for many more onerous years of indefinite and perpetual cruel and unreasonable punishment.

**WHEREFORE, the Plaintiff asks the Court for the following further relief:**

- **That this Court ORDER to investigate and to properly exonerate Michael's false and unconstitutional charges which Michael researched when he was able to do legal research and still hoped for justice, as he wrote about and requested in his *Writ of Habeas Corpus* No. 1-15-06494, which INTERFERED WITH THE JUDICIAL PROCESS risking that the perjurious lies (not corrected by the prosecution as they should have been) of Ms. and Mr. Wlosik and their "friends" manipulations of the local judicial system from inside, through conspiracy, irremediably harmed not only Michael and his rights, but also they risk to bring, in the public eye, the SAO and the judiciary in disrepute.**

- To re-instate Michael at De Paul University-See -3-[illegible]
- To compensate Michael for his
- loss of College degree conferral, loss of opportunities to pursue his professional career by graduating timely and applying for work with the companies he interviewed with and was invited to apply to work for, e.g. Purina Dog Food Co.,
- Thus to compensate Michael's loss of income since 2013, when he should have graduated from De Paul University with a BA in Communications,
- To compensate Michael for his loss of enjoyment of life and of abilities to support himself and his family, loss of consortium, property damage, invasion of privacy, defamation *per se* and defamation *per quod*, excessive damages inflicted by the Defendants to Plaintiff's personal, social, and professional life, and to his family's status, standing and reputation in the community.
- **Plaintiff further prays the Court to:**
- **To ORDER the award of Michael's Attorneys fees for all the Attorneys whom Michael and his family hired out of desperation (including the ineffective assistance ones) whom Michael reduced to indigency and his family had .to hire since 2012 until the present;**
- **To ORDER PUNITIVE DAMAGES against those who forfeited the law and maliciously/hatefully punished Michael with cruel and unusual punishment, charging him with unconstitutional and false charges, and perpetuating their Lies to harm him,**
- Thus infringing upon the judicial process, barring Michael from his Constitutional right to objective and competent legal process, thus perpetrating the risk to bring the judiciary into disrepute in the public eye by covering up for **perpetuating the public threats of beating up innocent citizens, in the Courtroom, of ambushing one with criminal charges of color of crime, and/or with false charges of aggravated battery after assaulting one with deadly force in the Bond Court, and covering up/ LYING about it, and Conspiring to HIDE the exonerating testimonies of all the witnesses to the excessive force use,** so as to illegally keep Michaeland others similarly situated incarcerated for over seven years of **false imrprisonment** under **false charges and trumped up charges** while **unconstitutionally incarcerated with No Treatment following his TBI, under the LIE that "the system does not show that [Michael] has ever been hurt"so as to cover up the use of excessive force against** an innocent citizen just because he requested a preliminary

hearing to justify his detention without probable cause and without legal process, **just because he claimed his innocence and his rights under the Fourth Amendment to the U.S. Constitution"Ill show you justice!"threatened the Orland Park Officer, pointing his gun at the Plaintiff- and to punish Michael with denying his treatment for his "blunt head trauma" with 11 concussions until his TBI became chronic with memory and significant cognitive abilities permanent losses,**

- After which the malicious prosecution and the present Circuit Court where Michael appeared today, 7/23/2019, keep Michael in Maximum Security and singling him out as the only detainee who appears in multiple restraints, heavy chains and shackling his legs, body and arms(and the Court wanted to make sure that "is he shackled?" instead of respecting Michael's constitutional rights and in accordance with his lack of criminal background, gang affiliations, as even the *ab initio* unconstitutional cyberstalking charge should not lend Michael to No Bail, Maximum Security, and heavy restraints in the Court of Law let alone that Michael is only more endangered with State created danger by being detained without cause, without legal process and with a considerably unreasonable bond amount greater than his cellmate who is charged with homicide.Michael had been incarcerated in these conditions, under the "direct control" of the Sheriffs and their superior Officers who assaulted Michael in the Bond Court with deadly force on 5/09/2014.
- To ORDER the Defendants to provide financial coverage for appropriate services and treatment for Michael's present and, per medical opinion, with no hope of remediation in the future, excessive medical needs and his needed 24/7 care thus to
- **Compensate Michael for the lack of treatment for over three years- as per Mike's and Dr Finn's Statements-.During those over three years of No Treatment- as per Dr. FInn's letter to the Court and per Michael's statements and Grievances begging for his immediate** Release and Treatment **since 5/09/2014 and especially after the worsening symptoms starting in May, 2015, until presently medical psychological and TBI assessment and treatment. Since no one, including his *Writ of Habeas Corpus* No. 1-15-cv-06494 Court, including his undue influenced Court appointed Attorney, and his excessively financially demanding**

**private Attorneys, including his Circuit Court, since no one heard or was willing to act to protect Michael's rights and life, Michael's TBI became chronic with memory and significant cognitive losses, aggravation of his bipolar disorder, now schizophrenia, and PTSD and excessive anxiety which cause Michael to display aggravated symptoms of his illness, crying, laughing, talking to himself, delusionallly, psychotically, symptoms which started one year after the 5/09/14 assault and battery, without having been assessed and treated as Michael was reduced to indigency and his family was also financially exhausted trying to help Michael's actual innocence prevail against his malicious charge.**

- **Plaintiff further prays the Court to ORDER ceasing and compensating for previously:**
  - **Invading privacy and acting against The interest of Michael to not be prosecuted on a false criminal color of crime ,**
  - **Since DePaul was so casually giving in to false and highly Prejudicial to Michael's Constitutional rights violations, thus expelling Michael on the "escalated [demand of victim's father] case to have him[Michael] expelled" for absolutely No Cause,**
  - **and since DePaul meant and it continues to be** the very source of Michael's thriving in life and his vital source of self-esteem and human dignity, when, despite his debilitating medical conditions, he was able to be an editor of his High School's newsletter, an Honor student and a published writer – and he was accepted at DePaul with full paid scholarship, and
  - He maintained a 3.0 GPA at DePaul and was praised by his professors for his learning in classes he loved, Michael, a PLUS student with disabilities, derived his statutory IDEA and ADA protection from the excessive harms inflicted on him, but
  - Instead, he was, in a conspiracy, taken from the school's bench and thrown in Maximum Security Cook County Jail by State actors who criminalized Michael's symptoms of his mental illness – only to sexually and physically assault him, and to summarily condemn him, without a probable cause, without a jury trial, without any consideration for his rights under the US Constitution. See photos of Michael's assault with excessive force before he was even booked as a pre-trial detention detainee, to extract false

confessions from Michael after, because not allowed access to his medication and treatment, he became delusional and symptomatic for his illness..

- DePaul should be Ordered by the Court to stop its practice of denying Michael's due process and expelling him on hearsays and on hateful and discriminatory statements "If he's crazy, he MIGHT do something to my daughter", or, "Why is he NOT a danger?!"- Court transcript of 11/21/2012.
- Depriving Michael of his rights under the ADA and IDEA (Michael was 20 years old and a fourth year student at De Paul when, on June 14, 2012, after being invited "to talk " by six officers from Orland Park police on his family home's porch, with their weapons and bullet proof vests, he was seized without probable cause, based on hearsay perjurious statements, and lies, and thereafter as per the sadistic victim's text message to their friends, left to "rot in jail", in Maximum Security Cook County Jail with No Bond for one *ab initio* unconstitutional charge of cyberstalking, due to DePaul's practice of denying Michael his due process and expelling him on hearsays and on hateful and discriminatory statements "If he's crazy, he MIGHT do something to my daughter"; "My dad will have him expelled"; "He should not be in the same school with me"[6] instead of granting Michael his needed and legal accommodations, DePaul prejudicially discriminated against Michael based on Michael's disability and on the Hate against Michael, an ad hominem attack at his person and at the/condition/ status of his person which he cannot help.

**Plaintiff further prays the Court** :

- To ORDER Defendants to adopt and implement policies and procedures that identify, correct, and PREVENT the unlawful acts described herein that deprive Michael O'Connor of his Fourth Amendment rights as per the U.S. Constitution.
- To ORDER Defendants and their agents to pay attorney's costs and expenses, to pay Michael's losses of his meritorious education and graduation since 2013, as well as his income he would have earned since his graduation, thus compensating for the loss of Michael's independent living abilities and the support of his family;

6 See Michael's De Paul file.

RECEIVED
2019 JUL 29 PM 4:50

- As well as provide financial compensation for the continuous 24/7 help/attendant on duty which Michael needs along with his medical treatment, therapy, counseling, rehabilitation, education and employment accommodations for the duration of his natural life, caused by the devastating emotional and psychological deprivations of his incarceration stress, by the defamation and loss of his status in society, and especially by his conscience shocking assault and battery in the Bond Court, on 5/09/2014, which, followed by unconstitutional and Malicious Prosecution charges of aggravated battery, detained him without treatment for his TBI, thus resulting in his permanent brain damage.
- ORDER the proper Exoneration of Michael from under his unconstitutional and false criminal charges, and Order the repeatedly requested corrections of Michael's sentencing mis-citing statutes and misapplying a stricken down statute as unconstitutional;
- And for **such injunctive, declaratory, and other relief as may be appropriate, including attorney's fees and reasonable expenses.**

Respectfully submitted by
V. O'Connor
Plaintiff Michael W. O'Connor's mother and Legal Guardian, Valentina O'Connor

10732 S. Seeley Ave.,

Chicago, Illinois 60643

Tel. No.: (773) 238 - 0680

Sue

F.Y.I

[redacted]

Civil No C... Order 12OP50369

Petitioner: Patrycja Wlosik

Respondent: Michael O'Connor

RDOB: 6-14-90

Return Date: Monday, July 2, 2012 in courtroom 204 @1:30 p.m.

The petitioner is a classmate of the respondent not relationship at all. DePaul's Public Safety person Randy is aware of situation. (312)362-8344 as well as the Orland Police Department.

***Respondent has violated the order and was arrested on 6-15-12 after being served 6-11-12.

This case is up on July 9, 2012, in 103 at 9 a.m. Felony charge $75,000 d bond

Continue this case if possible until the 9th and then have it transferred and put the Civil No Contact order under the Felony case and dismiss Civil order number if possible. (CONFIRM FIRST WITH JUDGE AND FELONY State on the 2nd)

Pillars Case worker Christy Bowes is working with petitioner and her mother should be here for case if not contact her on 2nd with information (708)995-3664

7-9-12
11:08 AM

Released on bond June 30th

(Rev. 12/23/03) CCP206

ETTERS OF OFFICE - PLENARY GUARDIAN OF PERSON OF A DISABLED PERSON

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - PROBATE DIVISION

ORIGINAL

ESTATE OF
MICHAEL W. O'CONNOR

A Disabled Person

No. 2013 P 003450

Docket

Page

# LETTERS OF OFFICE - PLENARY GUARDIAN OF PERSON OF A DISABLED PERSON

VALENTINA O'CONNOR has been appointed plenary guardian of the person of MICHAEL W. O'CONNOR, a disabled person, and is authorized to have under the direction of the court of the custody of the ward and to do all acts required by law.

WITNESS, July 16, 2013

SEAL

Dorothy Brown
Clerk of the Circuit Court

## CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

WITNESS, July 16, 2013

Dorothy Brown
Clerk of Court

dlb

COURT OF COOK COUNTY, ILLINOIS

Order (Rev. 9/13/04) CCG 0002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Estate of
Michael O'Connor

v.

A DISABLED person

No. 2013 P 3450

**ORDER**

This matter coming before the court on the Report of GAL concerning issues in the Annual Report on Ward; the GAL, the guardian, and the ward's father present; the court fully advised

IT IS HEREBY ORDERED
1) the GAL's report is accepted
2) the GAL is discharged
3) the next annual report is due on August 29, 2015,

Atty. No.: 34983
Name: Thomas E Brower
Atty. for: GAL
Address: 17 East Monroe #104
City/State/Zip: Chicago IL 60603
Telephone: 312 315-9926

Judge Daniel B. Malone
NOV 07 2014
Circuit Court-2012

ENTERED:

Judge    Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS




*Exhibit 9*: My Attached photo of transformation, through torture, from a senior student at DePaul University into a criminal, bears the unconstitutionality of my case on its face.




**Senior Year at Mt. Carmel High School**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CRIMINAL DIVISION

FILED
05-121
MAR 05 2013
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 CR 22315 |
| | ) | |
| MICHAEL O'CONNOR, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO VACATE AND DISMISS

NOW COMES the Defendant, MICHAEL O'CONNOR, by his counsel, Steven A. Greenberg, requesting that this Court dismiss these cases. In support of this request, Defendant states as follows:

1. Defendant was sentenced to TASC probation.
2. Defendant has successfully completed the TASC probation.
3. Defendant filed a timely Motion to Vacate his convictions.

WHEREFORE, the Defendant requests that his conviction be vacated and this case be dismissed, and for such further and other relief as this Court deem just.

Respectfully submitted,
MICHAEL O'CONNOR, Defendant

By: ______________________
One of His Attorneys

STEVEN A. GREENBERG
53 W. JACKSON BLVD., SUITE 1260
CHICAGO, ILLINOIS 60604
(312) 879-9500
ATTORNEY NO.: 15703

# OUTSTANDING ACHIEVEMENT

MOUNT CARMEL HIGH SCHOOL
PRO DOMINO DEO
ZELO ZELATUS SUM
EXERCITUUM
SINCE 1900

THE MOUNT CARMEL CARAVAN NEWSPAPER BOARD

PRESENTED TO
MICHAEL O'CONNOR

MAY 12, 2008

PRINCIPAL / PRESIDENT

Christopher L. Miree
525 S. State St.
Chicago IL, 60605

January 21, 2013

Honorable John Hynes,
Associate Judge of the Circuit Court of Cook County District 5
10220 S. 76th Ave.
Bridgeview, Illinois 60455

Dear Judge Hynes,

I am writing to you in support of my friend and DePaul colleague, Michael W. O'Connor. I met Michael when he was a freshman at DePaul and my roommate in the dormitory. I found him to be a hardworking, bright, friendly guy, who has a natural talent for writing and is highly intelligent. By the time he graduated from Mount Carmel High School, he wrote and published excellent articles and research papers in the Caravan (Mount Carmel High School's newsletter), was an accomplished wrestler and boxer who won many gold and silver medals in the HS and Bourbon Street competitions, made the Honor Roll every year at MCHS, interviewed Mayor Daley while writing for the Caravan, and attended University of Indiana Summer High School Journalism sessions, obtaining many excellent letters from his Journalism professor. Mike continued writing poetry in college and a trilogy (*Manifest Destiny*), also excelling in many of his DePaul classes and campus activities.

Unfortunately, he is suffering with Mixed Bipolar Disorder. At a certain time, Michael's clinician, Ms. Elisabeth Sullivan, asked me to be a Personal Assistant for Mike. Although Michael is compliant with taking his medications, due to his ADHD, sometimes he literally forgets and might skip a dose - which might cause him to sometimes speak or interact in a socially inappropriate manner. Despite this deficiency, through his good heart, Mike has made a great impact on me.

I appeal to your compassion, your Honor, to please give my friend Michael a chance to graduate from the school he loves, and allow Mike to move on with his career, since I am convinced that once he is stable on his medications, Mike could become one of our greatest American writers. Through his kindness of heart and natural writing talent, Michael can help our society develop cultural sensitivity not only to other cultures, but especially to the compassion and emotional needs of the mentally ill.

Respectfully yours,

Christopher Miree

221 North LaSalle
Suite 400
Chicago, Illinois 60601
Fax: 312-944-1483

**TERRY FINN, Ed.D.**
Registered Clinical Psychologist
Certified School Psychologist
Nationally Certified Neuropsychologist

10001 South Western
Chicago, Illinois 60643
Phone: 312-907-2982
Fax: 773-238-7672

May 28, 2015

RE: Michael O'Conner

Dear Your Honor:

I am Michael's Neuropsychologist and I worked with Dr. Gohkale, his psychologist. We have treated Michael since 2008. A neuropsychological evaluation was performed on Michael as he had been assaulted by Michael on 5-9-2014 in Bond Court in front of Judge Sullivan.

Due to his lack of medication, his judgment was impaired and he has multiple mental disabilities. This was exacerbated by a previous injury while incarcerated in November of 2012. While in jail, he had been continually criminalized for his mental illness (See Judge Higgins court transcript, attached).

Due to Michael's lack of treatment after these assaults (traumatic brain injury, post-traumatic stress disorder and extreme anxiety), Michael is in need of psychiatric/medical treatment intervention immediately.

We recommend immediate psychiatric treatment due to the multiplicity of Michael's disabling cognitive and mental conditions.

Sincerely,

Terry Finn

Terry Finn, M.A., Ed.D.
Licensed Clinical Psychologist
#071-003165
Nationally Certified School Psychologist (NASP)
#1282316
Nationally Certified Neuropsychologist
Special Teaching Certificate
#2000703

221 North LaSalle
Suite 400
Chicago, Illinois 60601
Fax: 312-944-1483

**TERRY FINN, Ed.D.**
Registered Clinical Psychologist
Certified School Psychologist
Nationally Certified Neuropsychologist

10001 South Western
Chicago, Illinois 60643
Phone: 312-907-2982
Fax: 773-238-7672

December 13, 2014

RE: Michael O'Conner

To Whom it May Concern:

Michael's DSM-5 Diagnosis includes Mood Disorder and Mixed Bipolar Disorder with Obsessive Compulsive Disorder along with an Attention Deficit Hyperactivity Disorder. His Obsessive Compulsive Disorder is the driving force for him to habitually call the girl in the family that he is forbidden to do by the Court. His obsessive behavior is directly related to his Obsessive Compulsive Disorder.

For further information, please call 312-907-2982.

Sincerely,

Terry Finn

Terry Finn, M.A., Ed.D.
Licensed Clinical Psychologist
#071-003165
Nationally Certified School Psychologist (NASP)
#1282316
Nationally Certified Neuropsychologist
Special Teaching Certificate
#2000703

To my brothers,
Martin, George,
I haven't seen enough of you in what feels like a year. Marty, I love you. George, you are the best kind of father a little girl could ask for. I love you and you are an inspiration to me. Please love and hug dad and say "I love you Dad," because he is a good brother to his sister too... Do it for me because we all love each other and we found each other, and continue to gather the whole family at [illegible] his grand parents house. In a way he has blessed us, in his own way. I should say but never trust an ex catholic budhist, or at least look at his finger when he points at the moon because money really does grow on trees if you want it to and believe it does.
Dad had nothing to share but enough money to give us more than what we really wanted and ask him some questions. I have been for year. No one will ever teach you more than him and mom.
Marty!!!

→ Flip over →

(Rev. 11/09/11) CCP 0209

Civil No Contact Order

CCG 0806-30M-6/11/0

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Patrycja R Wlosik himself/herself and/or on behalf of

Petitioner

v.

Michael O'Connor

RESPONDENT SERVED IN OPEN COURT Respondent

Case No. 12OP80369

☒ Independent Proceeding
☐ Criminal Proceeding
☐ Delinquency Petition

LEADS NO. ______

| PETITIONER | ADDRESS | CITY/STATE/ZIP |
|---|---|---|
| Patrycja R. Wlosik | ☒ Check if omitted pursuant to Statute) | |
| RESPONDENT | ADDRESS | CITY/STATE/ZIP |
| Michael O'Connor | 10732 S. Sealy Ave | Chgo IL 60643 |

| Birthdate (Required for LEADS) | Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
| 6-17-90 | M | Cauc | 5'9 | 160 | Black | Green |

## CIVIL NO CONTACT ORDER

4653 ☐ Emergency 4654 ☒ Plenary

The following persons are protected by this Order: (1) PETITIONER'S NAME: Patrycja R. Wlosik

(2) OTHER PROTECTED PARTIES: ______

Date, time and place for further hearing:
Date: ______ Time: ______ Courtroom/Calendar No.: ______
Location: ______

This Order was issued on:
Date: 7-9-12 Time: 1130 Am

This Order will be in effect until:
☒ Date: 7-7-14 Time: 130 pm

☐ FOR EMERGENCY ORDERS ONLY: The court finds good cause to grant the remedy, regardless of prior service of process or of notice upon the Respondent, because the harm which that remedy is intended to prevent would be likely to occur if the Respondent were given any prior notice, or greater notice than was actually given, of the Petitioner's efforts to obtain judicial relief.

BASED ON THE FINDINGS OF THIS COURT, ☒ WHICH WERE MADE ORALLY FOR TRANSCRIPTION, OR ☐ WHICH ARE SET OUT IN A SEPARATE INSTRUMENT FILED WITH THE COURT, AND WITH THE COURT HAVING JURISDICTION OF THE SUBJECT MATTER AND OVER ALL NECESSARY PARTIES, IT IS HEREBY ORDERED THAT:

1. ☒ The Respondent is to stay away from the Petitioner.
2. ☒ The Respondent is to stay away from any other person protected under this Civil No Contact Order.
3. ☒ The Respondent is prohibited from physical abuse, harassment, intimidation of a dependent, interference with personal liberty, or stalking any person protected under this Civil No Contact Order.
4. ☒ The Respondent is prohibited from entering or remaining present at the ☒ school ☒ place of employment of any person protected under this Civil No Contact Order.

No unlawful @ DePaul School

ENTERED JUL -9 2012
CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL
DEPUTY CLERK

Atty. No. ______

Atty (or Pro Se Petitioner) Name: Pro Se Pro Se 99500

Address: ______
City/Zip ______

CERTIFY THE ABOVE TO BE CORRECT.
9-9-12
CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL

Dated: ______

Judge Judge's No. 1855

...is the command ... ANY KNOWING ...

**Shay Allen**

**From:** Joey Castro [italianpride8233@gmail.com]
**Sent:** Tuesday, November 20, 2012 2:20 PM
**To:** Shay Allen

Fwd Fwd 708-567-4367
Mike didnt do anything girl i just wanna see his ass rott in jail

# HAYMARKET CENTER

COMPREHENSIVE ALCOHOL & DRUG TREATMENT PROGRAMS

*Celebrating 25 years of service in the Chicago land area*


EXECUTIVE OFFICES:

2 W. WASHINGTON BLVD.
CHICAGO, ILLINOIS 60607-2217
312.226.7984 – MAIN
312.226.1676 – FAX

ADMISSIONS DEPARTMENT:

108 N. SANGAMON STREET
CHICAGO, ILLINOIS 60607-2202
312.CAN-HELP – MAIN
312.226.4357 – MAIN
312.226.0047 – FAX
COURT-ORDERED, CALL:
312.226.7984, EXT. 343

PROGRAM SITES:

108 N. SANGAMON STREET
CHICAGO, ILLINOIS 60607-2202
312.226.7984 – MAIN
312.226-8048 – FAX

120 N. SANGAMON STREET
CHICAGO, ILLINOIS 60607-2202
312.226.7984 – MAIN
312.226.8048 – FAX

WHOLLY INNOCENCE DAYCARE:

134 N. SANGAMON STREET
CHICAGO, ILLINOIS 60607-2640
312.226.7984, EXT. 529
312.226.8048 – FAX

HAYMARKET MARYVILLE:

4810 W. MONTROSE AVENUE
CHICAGO, ILLINOIS 60613-1409
773.755.7300 – MAIN
773.334.3906 – FAX

HAYMARKET GRAND BLVD.:

4910 S. MARTIN LUTHER KING DRIVE
CHICAGO, ILLINOIS 60653-3809
773.548.7598 – MAIN
773.548.6747 – FAX

HAYMARKET O'HARE:

O'HARE AIRPORT
PO BOX 66243
CHICAGO, ILLINOIS 60666-0243
773.686.6480 – MAIN
773.894.3890 – FAX

HAYMARKET WEST:

1990 EAST ALGONQUIN ROAD
SCHAUMBURG, ILLINOIS 60173-4152
847.397.5340 – MAIN
847.303.1625 – FAX
1-800.371.7956

Website:
www.hcenter.org


October 1, 2013

Columbia College Chicago

RE: Michael O'Connor

Michael O'Connor is currently a residential patient of Haymarket Center's Men's Integrated Treatment (MIT) unit. This particular unit is an intensive inpatient treatment unit that focuses on treating co-occurring mental health and substance abuse disorders. Mr. O'Connor entered into treatment on 7/25/2013. He will be completing the program on 10/2/2013.

Michael reports that he intends to continue his education at Columbia College Chicago as soon as he is discharged from the program. Michael was planning to discharge on 9/25/2013, but his stay was extended to 10/2/2013.

Please feel free to call or email with any questions or concerns related to Mr. O'Connor's temporary leave from school.

Sincerely,

Hannah Huebner, LSW
Men's Integrated Treatment (MIT) Counselor
Haymarket Center
hhuebner@hcenter.org
(312)226-7984 ext. 435

5x4.3

Dear Mr. Morrissey,

I just returned from jail, Re: my son, Michael.

Michael has been beaten up very badly by one inmate in the Max. Security Div. 10. Someone called me, from jail, on Satureday, to tell me that my son has been hurt by an inmate who stole Michael's $50.00 which I sent Mike for food. The inmate asked Michael to come get his money and, in a relatively isolate place, "on the bridge", he punched Mike in the face and then threw him to the ground and beated Michael's head against the concrete floor, banging his head repeatedly, until Michael was left unconscious, in a pool of blood.The guard intervened only after approx. twenty minutes of beating.

Today I saw Michael and I am scared of what has been done to Michael: his face is huge due to swallowing, both his eyes are red with blood and surrounded by huge black swollen bruises, he is afraid, in pain and very depressed. He told me that most surely the inmate who hurt him so badly was told to do so by the guards, since I dared ask their sargent and them to medicate Michael. This worst suspicion is confirmed by what Dr. Terry Finn, a neuropsychologist, just told me: a black woman who works in her office told Dr. Finn to tell me "not to make any waves" or Michael will be badly hurt. This woman knows this from her son's case; her son was locked up for armed burglary for a long time and they know what is going on.

After Michael has been hurt, he was transferred to Div 11, Protective Custody, in order to "be protected", but Michael is still very afraid, even more so, since, instead of being in a cell by himself, he shares the cell with very aggresive individuals who threaten him constantly. At night the guards bring very bad inmates in Michael's cell and Michael is afraid that he will be killed.

I did not tell this to Michael, but this is exactly my worst fear, that the cops from Orland Park in cooperation with the Bridgeview prosecutor would rather have the sadistic guards kill Michael (using criminal inmates) than risking to be unveiled in their unsupported lies and "conflict of interest"(the girl who accused Michael of cyberstalking her did so through her dad who I found out is a police officer in Orland Park. Also this girl sent a phone message to one of her friends (we found out) bragging that she threw this guy, Michael O'Connor, in jail, although she states,

[learn more]

post

[ account ]

CL >chicago >city of chicago >personals >missed connections

reply

Posted: a month ago

# YOUR EYES. - m4w

They have secretly been my eyes. In my soul. I see myself in you. I live in your soul and you torture me. Your people. Why? RJU my cousin?

:))))

I love you...

?v=PKfD8d3XJok
?v=qvVvN0QvzTk

do NOT contact me with unsolicited services or offers

post id: 4454164326

posted: a month ago

updated: 23 days ago

email to friend

♥ best of [?]

chirishbeast@gmail.com logout

**chicago craigslist** > city of chicago > manage posting

**This posting has expired from craigslist.** [?]

You will have the opportunity to make changes before it is made live. [learn more]

post

[ account ]

CL >chicago >city of chicago >personals >missed connections

reply

Posted: a month ago

# I guess I'll do time for you the rest of my life. - m4w



Michael read me these two poems that he wrote today:

This Spot Is a Point Called God

And all my cracked inhibitions
manipulative models
and self-centered selfishness
hold no weight
on Liberty scale
because I am vain,
and all my anger
is now immortally unbearable pain,
peer pressure to poison myself
as a person, in this penal institution
pains me deeper still...

and lack of purity pauses penance
but I don't care
'cause I'm here,
this spot is a point called God

can you see it?
looks like love

can you feel it?
feels fiery and furious

can you taste it?
tastes true

can you hear it?
sounds symbolic

for before the smoke clears
some will suffer
and where there is fire
it will burn out

but before breaking bread
and fasting forever
there comes a point,
a sweet and centered spot -
this spot is a point called God

and whether we will work with wicked angels
or save our sorry souls -
-because I'm on Penitenciary Island-
there is hope,
it is a point called God,
this spot is a point called God

so ask the engineers
which way and
and ask the architects
when and why
ask an angel how

THE PEOPLE OF THE STATE OF ILLINOIS VS.

C/ NO 12CR2231501

MICHAEL O'CONNOR

PA

| DATE | | |
|---|---|---|
| 12-5-12 | | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFI |
| | | PRES. JUDGE ASSIGNMENT DATE: 12-20-12 |
| | | BAIL PREVIOUSLY SET $ 750,000 D |
| Ct 1+2 | 720-5/12-7.5(a)(1) Cyberstalk / Cause person fear | |
| Ct 3+4 | 720-5/12-7.5(a)(2) " " / " " distre | |

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| | | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE |
| DEC 20 2012 | Paul P. Biebel Jr. 1588 | TRANSFER TO SUBURBAN DISTRICT # 5 |
| | | 12-26-12 |
| DEC 20 2012 | Judge Peter A. Felice - 1851 | No arr assigned to Judge Hyland rm 101 |
| 12-20-12 | Hynes | Corp. Paul Quinn for Laura T.TA |
| | | SAW/PWG St Fender decw SPIUFD SFAO |
| | | BA 1/7/13X |
| 1-7-13 | HYNES | M.H Eval S. Allen |
| | | PTI tendered Gr cold 4 App/6 Greenberg |
| | | BA 1/15/13X |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CRIMINAL DIVISION

FILED
D5-121
MAR 05 2013
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

PEOPLE OF THE STATE OF ILLINOIS, )
)
Plaintiff, )
v. ) No.: 12 CR 22315
)
MICHAEL O'CONNOR, )
)
Defendant. )

NOTICE OF FILING

TO: Assistant State's Attorney
for Courtroom 110A
10220 S. 76th Avenue
Bridgeview, Illinois 60455

PLEASE TAKE NOTICE, that on March 4, 2013, I will cause to be filed with the Clerk of the Circuit Court, 10220 S. 76th Avenue, Bridgeview, Illinois 60455, this Notice of Filing and Motion to Vacate and Dismiss, regarding the above-captioned case.

ATTORNEY FOR DEFENDANT

PROOF OF SERVICE

I, Steven A. Greenberg, certify that on March 4, 2013, I served this Motion to Vacate and Dismiss to the above named party via U.S. Mail, with proper postage prepaid, from 53 W. Jackson Blvd., Suite 1260, Chicago, Illinois.

STEVEN A. GREENBERG

STEVEN A. GREENBERG
53 W. JACKSON, SUITE 1260
CHICAGO, ILLINOIS 60604
(312) 879-9500
ATTORNEY NO.: 15703

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CRIMINAL DIVISION

FILED
05-12?
MAR 05 2013
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

PEOPLE OF THE STATE OF ILLINOIS, )
)
Plaintiff, )
)
v. ) No. 12 CR 22315
)
MICHAEL O'CONNOR, )
)
Defendant. )

MOTION TO VACATE AND DISMISS

NOW COMES the Defendant, MICHAEL O'CONNOR, by his counsel, Steven A. Greenberg, requesting that this Court dismiss these cases. In support of this request, Defendant states as follows:

1. Defendant was sentenced to TASC probation.

2. Defendant has successfully completed the TASC probation.

3. Defendant filed a timely Motion to Vacate his convictions.

WHEREFORE, the Defendant requests that his conviction be vacated and this case be dismissed, and for such further and other relief as this Court deem just.

Respectfully submitted,
MICHAEL O'CONNOR, Defendant

By:______________________
One of His Attorneys

STEVEN A. GREENBERG
53 W. JACKSON BLVD., SUITE 1260
CHICAGO, ILLINOIS 60604
(312) 879-9500
ATTORNEY NO.: 15703

SHEET

LINE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION/MUNICIPAL DEPARTMENT-DISTRICT

PEOPLE OF THE STATE OF ILLINOIS | NO: 12CR2231501

VS | SID 059445990

MICHAEL O'CONNOR | IR 1808410

ADDENDUM TO PREVIOUS ORDER SETTING BAIL AND COMMITTING THE DEFENDANT TO THE COOK COUNTY DEPARTMENT OF CORRECTIONS FOR FAILURE TO DEPOSIT BAIL.

ORDER

THIS MATTER COMING BEFORE THE COURT AND THE COURT BEING FULLY ADVISED IN THE PREMISES, IT IS HEREBY ORDERED:

WOD
2/6/13

ENTERED
JUDGE JOHN J. ...
JAN 15 2013
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

DISPOSITION(S) MUST REFLECT WHICH COUNT(S) THE ORDERS(S) IS/ARE APPLICABLE

ENTERED JANUARY 15, 2013

DEPUTY CLERK
A MISTER

JUDGE HYNES JOHN JOSEPH 1795

BRIDGEVIEW ROOM 110
ROOM/BRANCH

AT 0930 AM

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

BGP2 01/15/13 09:54:31

COURT FILE

) CLERKSYSTEM A.zws - PASSPORT Wednesday, June 2012, 14:59:5

MKT CC00B205 DOMESTIC ELECTRONIC DOCKET DATE 06/
2012OP50369
PPEAL: TRANSFER OUT: CONSOLIDATED:
12OP50369 05
WLOSIK PATRYCJA VS OCONNOR MICHA

LOSIK PATRYCJA
6/11/2012 PETITION FOR CIVIL NO CONTACT ORDER I06000001
9500 PRO SE 8337.
00000 00000

LOSIK PATRYCJA
6/11/2012 ACTION DOES NOT INVOLVE MINOR CHILD/CHILDREN 06000001
9500 PRO SE

LOSIK PATRYCJA
6/11/2012 PARTIES HAVE NOT PREVIOUSLY FILED FOR DIVORCE 06000001
9500 PRO SE 00000 000

LOSIK PATRYCJA I0600000
6/11/2012 CIVIL NO CONTACT ORDER (EMERGENCY) - ALLOWED
ICGINNIS SHEILA 0203

AGE NO: ____ ACT DATE: ________ PF3=MENU PF7=BACK PF8=FWD PF9=APP CLEAR=EX
AGE 1 OF 2 FOR CASE 12OP50369

:m to Previous Order

-Exhibit 6-

(10/31/05) CCCR N7

SHEET No. ______

LINE No. ______

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION/MUNICIPAL DEPARTMENT-DISTRICT 5

:OPLE OF THE STATE OF ILLINOIS

v.

Michael O'Connor

No. 12CR-12678-01

SID ______

IR ______

ADDENDUM TO PREVIOUS ORDER SETTING BAIL AND COMMITTING THE DEFENDANT TO THE COOK COUNTY DEPARTMENT OF CORRECTIONS FOR FAILURE TO DEPOSIT BAIL.

ORDER

THIS MATTER COMING BEFORE THE COURT AND THE COURT BEING FULLY ADVISED IN THE PREMISES, IT IS HEREBY ORDERED:

YOBB - Cyberstalking

NO Bail

mtn to reduce Bond allowed
Bond set $300,000

11-21-12

ENTERED
JUDGE JOHN J. HYNES-1795
NOV 07 2012
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

DISPOSITION(S) MUST REFLECT WHICH COUNT(S) THE ORDER(S) IS/ARE APPLICABLE TO.

RED: 11-7, 12

JUDGE [signature] 1795 No.

'UTY CLERK: KD

ROOM/BRANCH: 110

E ______ OF ______ PAGES

AT: 9:30 AM/PM

DOROTHY BROWN ...

3. Michael is on SSI. (**Ex. 40:** O'Connor Dep. pp. 220-21).

**DEFENDANT'S RESPONSE:**

Undisputed Michael so testified.

4. Michael has been hospitalized at least twelve (12) times. (**Ex. 41:** Michael O'Connor Dep pp. 80). Michael has been placed in a psych ward and placed in a straight jacket, and Michael has jumped out of an ambulance. (**Ex. 40:** O'Connor Dep. pp. 54, 56, 58, 62).

**DEFENDANT'S RESPONSE:**

Undisputed deponents so testified.

5. Michael gets in manic episodes and depressed episodes. (**Ex. 41:** Michael O'Connor Dep. pp. 25-26). There was a short period when Michael lived on his own, which was "an experiment that failed". (**Ex. 40:** O'Connor Dep. pp. 27-28).

**DEFENDANT'S RESPONSE:**

Undisputed deponents so testified.

6. As provided within the letter of Elisabeth Janick Sullivan (**Ex. 31**), as a result of Michael having Bipolar Disorder and ADHD Michael has difficulty with attention and focus, time management, self-regulation and executive function, among other things; This means that he has great difficulty keeping track of dates, times, personal belongings, etc.; He also has trouble managing his emotions and perceptions of situations; Michael also does not retain auditory information that is not reinforced visually, and he is unlikely to be able to remember a verbal instruction for more than a few minutes. (**Ex. 31:** Letter of Elisabeth Janick Sullivan (Executive Director of DePaul University's Plus Program, dated 10/28/08).

**DEFENDANT'S RESPONSE:**

Disputed as supported by incompetent, inadmissible hearsay. Ms. Sullivan is not a doctor, and her statement about reviewing an unidentified file is hearsay. *Winskunas v. Birnbaum* 23 F.3d 1264, 1268 (7th Cir. 1994) (plaintiff must present evidence of evidentiary quality; hearsay is "incapable of creating a genuine issue of material fact").

7. Michael's bipolar disorder and ADHD are serious health conditions under the FMLA. (**Ex. a:** Amended Complaint at ¶ 10; O'Connor Dep. 250-252; **Ex. b:** Def. Answer to Amended Complaint, at ¶¶ 10 and 27; **Ex. 30:** Letter of Zabrin Inan, M.D.; Ex. 31: Letter from Elisabeth Janick Sullivan, dated 10/28/08).

**DEFENDANT'S RESPONSE:**

Disputed as unsupported by credible evidence: Dr. Inan was addressing Michael's need for an IEP evaluation, not FMLA; Ms. Sullivan is a non-medical program administrator at DePaul; and the Board's answer to complaint at ¶ 10 merely admitted that plaintiff reported her son as bi-polar with serious health problems. Def. Answer to Amended Complaint, at ¶¶ 10 and 27; Plaintiff's **Ex. 30:** Letter of Zabrin Inan, M.D.; Ex. 31: Letter from Elisabeth Janick Sullivan, dated 10/28/08.

8. During the period 2007 to 2011 Michael has taken the following medicines for his bipolar disorder/ADHD, to wit:

a. Zyprexa (taken at night), with this effecting Michael's serotonin level, and if Michael doesn't take this medicine then he can't sleep, so he is either sedated through this pill or he is awake for a few days. (**Ex. 41:** Michael O'Connor Dep. pp. 9-11);

b. Vyvanse (taken in the morning to wake up), with this being a stimulant that Michael takes approximately at 5:30-6:00 a.m., one hour before he gets up, with it usually helping get him up, and with it having a 12 hour life, and with Michael having taken it since January, 2009. (**Ex. 41:** Michael O'Connor Dep. pp. 11, 13-14, 20);

c. Depakote (3 pills in the morning and 2 pills at night), which is a mood stabilizer. (**Ex. 41:** Michael O'Connor Dep. pp. 14-15);

d. Buspar (taken in the morning and at night), which is for anxiety. (**Ex. 41:** Michael O'Connor Dep. pp. 14-15);

e. Prior to the time that he started taking Vyvanse, Michael took a maximum dose of Concerta in the morning to get him up. (**Ex. 40:** O'Connor Dep. pp. 19);

**DEFENDANT'S RESPONSE:**

Undisputed deponent so testified.

9. The medication that Michael takes at night would really put him asleep, in a "coma-like" state. (**Ex. 41:** Michael O'Connor Dep. pp. 9). It was very difficult for him to wake up, and it wasn't that he didn't want to go to school, it was just the fact that his meds were extremely powerful, with those psychotropic medicines really putting him to sleep, and with it being like horse tranquilizer. (**Ex. 41:** Michael O'Connor Dep. pp. 36-37).

**DEFENDANT'S RESPONSE:**

Undisputed deponent so testified.

10. O'Connor was and is involved in the treatment plan for Michael, with the treatment plan involving O'Connor giving medication to Michael. (**Ex. 41:** Michael O'Connor Dep. pp. 24-25, 87). Sometimes Michael would not even wake up with an alarm clock. (**Ex. 41:** Michael O'Connor Dep. pp. 24). O'Connor would give and still gives Michael pills in the morning. (**Ex. 41:** Michael O'Connor Dep. pp. 22-23).

**DEFENDANT'S RESPONSE:**

Disputed that O'Connor's drama with her son is a treatment plan as unsupported by the cited evidence; undisputed deponents so testified.

11. On a good day - as contrasted by a day when Michael is out of control as part of his disease (**Ex. 41:** Michael O'Connor Dep. pp. 25-26) - usually Michael takes the first pill in the morning at approximately 5:30 – 6:00 a.m., when he is a little bit more than half asleep, and then usually it wakes Michael up approximately 1 – 1 ½ hours after that. (**Ex. 41:** Michael O'Connor Dep. pp. 24-26). Most of the time Michael doesn't even remember taking that first pill in the morning. (**Ex. 41:** Michael O'Connor Dep. pp. 22).

**DEFENDANT'S RESPONSE:**

Disputed that Michael's opinion as to medical causation of his behavior is supported by Michael's personal opinion, undisputed he so testified.

12. For the brief period when Michael was living at his apartment O'Connor would leave a pill for Michael and that worked for a little bit, but then the fatigue in the morning caught up with Michael and he started missing classes, and he ended up not taking his night meds for a time because he worried that he wouldn't be able to get up in the morning, and Michael ended up in the hospital because of that. (**Ex. 41:** Michael O'Connor Dep. pp. 23). ?

**DEFENDANT'S RESPONSE:**

Disputed that Michael's opinion as to medical causation of his hospitalization is supported by Michael's personal opinion, undisputed he so testified.

13. It is very difficult for Michael to get through the day with the amount of medicine he is on. (**Ex. 41:** Michael O'Connor Dep. pp. 27-29). Sometimes the medication would take longer to kick in, so Michael would wake up too late and he would miss meetings and classes. (**Ex. 41:** Michael O'Connor Dep. pp. 86). The medication would often have a hangover effect. (**Ex. 41:** Michael O'Connor Dep. pp. 86). At times Michael would feel that he would need to be

particularly awake in the morning so he would space his meds. (**Ex. 41:** Michael O'Connor Dep. pp. 50).

**DEFENDANT'S RESPONSE:**

Undisputed he so testified.

14. Many times Michael would be hospitalized when he was off his meds. (**Ex. 41:** Michael O'Connor Dep. pp. 19). Michael would be on and off his meds a lot more frequently in high school (graduated May, 2008) than he is now (his deposition was taken on 12/21/11). (**Ex. 41:** Michael O'Connor Dep. pp. 49-50). Michael now realizes that it's extremely important for him to stay medicated, but sometimes he just won't take it because he can't deal with the hangover effect the next day. (**Ex. 41:** Michael O'Connor Dep. pp. 50).

**DEFENDANT'S RESPONSE:**

Undisputed he so testified.

15. Michael would have "episodes in the morning". (**Ex. 40:** O'Connor Dep. pp. 124). (**Ex. 41:** Michael O'Connor Dep. pp. 49-50). Michael would throw tantrums and refuse to take his medication. (**Ex. 40:** O'Connor Dep. pp. 48). Michael would pretend to take his medication, and O'Connor would find it under his bed and under the couch. (**Ex. 40:** O'Connor Dep. pp. 45). Sometimes Michael would go out of control, with that being part of his disease. (**Ex. 40:** O'Connor Dep. pp. 26).

**DEFENDANT'S RESPONSE:**

Undisputed deponents so testified. Disputed that Michael's behavior was caused by his disease, because plaintiff's opinion is incompetent evidence to support a medical conclusion.

16. At all times relevant hereto (both before and during the time Principal Austin was assigned to Global Visions) O'Connor would very frequently stay late at work - as well as work at home - to prepare for the classes that she teaches. (**Ex. 1:** Amended Complaint at ¶ 14; **Ex. 40:** O'Connor Dep. pp. 250-252; **Ex. 2:** Def. Answer to Amended Complaint, at ¶ 14). O'Connor would consistently stay late at school way beyond the duty time, and would work many many hours after school, and completed more of her tasks than she was requested to do. (**Ex. 40:** O'Connor Dep. pp. 107, 133; **Ex. 5:** Declaration of Ms. Love at ¶ 12).

**DEFENDANT'S RESPONSE:**

Disputed that Defendant's. Answer to Amended Complaint supports this claim in that the Board

Ik at swipes out - Same w P-W med Mike

therein stated that it lacked sufficient knowledge to answer; (Board's Answer to complaint, ¶ 14); disputed that Ms. Love's declaration states that plaintiff worked many hours after school or

**Productive Learning u Strategies**

**DePaul University**

October 28, 2008

To Whom It May Concern:

Michael Wolf O'Connor is currently enrolled in the PLuS Program at DePaul University. At PluS he receives assistance with his organization, time management, problem-solving, academic suppor test-taking accommodations, and advocacy and communication with professors. He meets one-on-one for an hour three times a week with me, and works occasionally with the two graduate assistants as well. Michael began in the program in July 2008.

Michael has a diagnosis of ADHD and Bipolar Disorder II (in the documentation on file at PLuS). As a result, Michael has difficulty with attention and focus, time management, self-regulation and executive function, among other things. This means that he has great difficulty keeping track of dates, times, personal belongings, etc. He also has trouble managing his emotions and perceptions of situations. Michael also does not retain auditory information that is not reinforced visually; he is unlikely to be able to remember a verbal instruction for more than a few minutes.

At PLuS, Michael is cooperative, shows good effort in meeting expectations, and is appreciative of the help he receives.

Sincerely,

Elisabeth Janick Sullivan
Assistant Director, PLuS Program
DePaul University
2250 N. Sheffield Ave, Ste. 370
60614-3673
paul.edu
1775

SUDHIR M. GOKHALE, M.D.
HARCHARAN SANDHU, M.D.
GINA CHMELA, NP-C

To Whom it may concern,

Re: Micheal O'Connor

DOB: 06/18/1990

Michael is being treated by Dr.Gokhale. He has been a patient here since 2009. He is being seen for medication management with a diagnosis of Manic-Depressive Psychosis. He has been compliant with his visits in our office.

Sincerely,

Dr. Gokhale

05/18/13



OUTH CICERO AVE. SUITE 202 OAK LAWN, IL 60453 TELEPHONE (708) 636-2211 FAX (708) 636-5552

**University of Illinois Hospital & Health Sciences System**
**1740 W. Taylor Chicago, IL 60612**
**(312) 996-7000**

# Patient Discharge Instructions / Information

**Name:** OCONNOR, MICHAEL
**Date of Birth:** 6/18/1990 12:00 AM
**Medical Record Number:** 81322894

**Call your healthcare provider if you have questions about any discharge instructions**
**Call your healthcare provider if you have worsening symptoms**
**Obstetric patients- if you cannot contact your provider, return to OB Emergency Room (312-996-4188)**
**Call 911 if you have an urgent concern or life-threatening symptoms**

**Visit Diagnosis:** Psychiatric problem: Substance abuse
**Current Allergies:** No Known Medication Allergies
**Current Problem List:**

- Altered Thought Processes
- Ineffective coping

**Educational Materials:** DRUG ABUSE, General
**Discharge Instructions**
**Activity Instructions at Home:** No restrictions
**Discharge Diet:** No restrictions
**Call for Non Urgent Questions:** Psychiatry Center (Adult 18 and over) 312-996-2200
**Departure Details**
**Transportation:** Self
**Psychiatry Discharge Information**
**Reason for Inpatient Admission:** Pt is a 27yr old domiciled unemployed M with PMH TBI, HTN and PPH significant for Bipolar, ADHD, OCD, PTSD; pt presents enforced by court order for psychiatric admission.
**Major Tests & Results During Stay:** None
**Results Pending at Discharge:** None
**Contact Info for Pending Results:** N/A
**Behavioral Health Adv Care Plan:** Patient did not wish to complete a behavioral health advanced directive or identify a surrogate decision maker at this time.

**Immunizations**
No Immunizations Documented This Visit

**Home Medication List:**

**divalproex sodium 500 mg oral delayed release tablet**

Process Discharge Referrals Thu, Jul 20

OCONNOR,MICHAEL - 27/M 3E Unit No:M0680677

Referrals (1)

☑ PSYCHIATRIST REFER
Dees MD,Michelle PSY
Time: 08/01/17

| Referral: | |
|---|---|
| Service: | PSYCHIATRIST REFER |
| Refer To: | Dees MD,Michelle PSY |
| Time Frame: | 08/01/17 |
| Notes: | |
| # Of Visits: | |
| Diagnoses: | |

Referral Notes:

PSYCH APPT AT THOREK W/DR. DEES
TUESDAY, AUGUST 1ST 08:00AM-10:00AM
RM 116

INTAKE APPT. AT MERCY HOSPITAL
MONDAY/WEDNESDAY/FRIDAY 09:00AM-1:00PM
2525 S. MICHIGAN AVE
CHICAGO IL, 60616
312-567-5463

OK/Next Repeat

Done Cancel

221 North LaSalle
Suite 400
Chicago, Illinois 60601
Fax: 312-944-1483

**TERRY FINN, Ed.D.**
Registered Clinical Psychologist
Certified School Psychologist
Nationally Certified Neuropsychologist

10001 South Western
Chicago, Illinois 60643
Phone: 312-907-2982
Fax: 773-238-7672

December 13, 2014

RE: Michael O'Conner

To Whom it May Concern:

Michael's DSM-5 Diagnosis includes Mood Disorder and Mixed Bipolar Disorder with Obsessive Compulsive Disorder along with an Attention Deficit Hyperactivity Disorder. His Obsessive Compulsive Disorder is the driving force for him to habitually call the girl in the family that he is forbidden to do by the Court. His obsessive behavior is directly related to his Obsessive Compulsive Disorder.

For further information, please call 312-907-2982.

Sincerely,

Terry Finn

Terry Finn, M.A., Ed.D.
Licensed Clinical Psychologist
#071-003165
Nationally Certified School Psychologist (NASP)
#1282316
Nationally Certified Neuropsychologist
Special Teaching Certificate
#2000703

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 12CR2231501

MICHAEL O'CONNOR

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

| | | |
|---|---|---|
| 720-5/12-7.5(A)(1) | F 4 | CYBERSTALK/CAUSE PERSON FEAR |
| 720-5/12-7.5(A)(1) | F 4 | CYBERSTALK/CAUSE PERSON FEAR |
| 720-5/12-7.5(A)(2) | F 4 | CYBERSTALK/CAUSE PER DISTRESS |
| 720-5/12-7.5(A)(2) | F 4 | CYBERSTALK/CAUSE PER DISTRESS |

The following disposition(s) was/were rendered before the Honorable Judge(s):

| | | |
|---|---|---|
| 12/05/12 IND/INFO-CLK OFFICE-PRES JUDGE | 12/20/12 1701 | |
| 12/05/12 DRIVER LICENSE NUMBER<br>DL IL025655990173 | 00/00/00 | |
| 12/20/12 TRANSFERRED TO SUBURBAN DIST<br>BIEBEL, PAUL JR. | 12/20/12 0573 | |
| 12/20/12 DEFENDANT NOT ARRAIGNED<br>FELICE PETER A | 00/00/00 | |
| 12/20/12 TRANSFERRED<br>FELICE PETER A | 12/20/12 0580 | |
| 12/20/12 DEFENDANT IN CUSTODY<br>HYNES JOHN JOSEPH | 00/00/00 | |
| 12/20/12 APPEARANCE FILED<br>HYNES JOHN JOSEPH | 00/00/00 | |
| 12/20/12 DEFENDANT ARRAIGNED<br>HYNES JOHN JOSEPH | 00/00/00 | |
| 12/20/12 PLEA OF NOT GUILTY<br>HYNES JOHN JOSEPH | 00/00/00 | |
| 12/20/12 ADMONISH AS TO TRIAL IN ABSENT<br>HYNES JOHN JOSEPH | 00/00/00 | |
| 12/20/12 MOTION FOR DISCOVERY<br>HYNES JOHN JOSEPH | 00/00/00 F | 1 |
| 12/20/12 DISCOVERY ANSWER FILED<br>HYNES JOHN JOSEPH | 00/00/00 F | 1 |
| 12/20/12 CONTINUANCE BY AGREEMENT<br>HYNES JOHN JOSEPH | 01/07/13 | |
| 01/07/13 DEFENDANT IN CUSTODY<br>HYNES JOHN JOSEPH | | |

TE OF ILLINOIS )
) SS.
COUNTY OF COOK )

Exh. 7

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DIVISION – FIRST DISTRICT

PEOPLE OF THE STATE OF ILLINOIS ) PENDING IND/INF # 12 CR 12678
VS. ) PRELIMINARY HEARING COMPLAINT # 12 MC5-7148
Michael O'Connor ) BRANCH
(RESPONDENT- PRETRIAL RELEASE )

H/O Bond

**PETITION FOR A HEARING ON VIOLATION OF BAIL BOND CONDITIONS AND APPLICATION TO INCREASE AMOUNT OF BAIL PURSUANT TO 725 ILCS 5/110-S(a)&(e)**

NOW COME the People of the State of Illinois, by their attorney ANITA ALVAREZ, State's Attorney of Cook County, and move this Honorable Court, to file INSTANTER this petition for the above named Respondent-Pretrial Releasee, and that this petition be transferred instanter to call of the Honorable Judge Hynes for a prompt hearing.

In support thereof, the People state as follows:

1) The Defendant is presently free on bail in case number 12 CR 12678, wherein he is charged with the felony offense of Cyberstalking. This matter is presently pending on the trial call of the Honorable Judge Hynes at 11-21-12 for ________, 20____.

2) While free on said bail, the defendant violated a condition of bail, in that he/she on or about ________, at 9/14/12 – 10/8/12, Cook County, Illinois, committed offense of cyberstalking again by making numerous Craigslist posts to the victim.

WHEREFORE, the State moves the Court to file this petition and issue a warrant or set a bail thereon and transfer the matter to Judge Hynes on 11/7/12, 20____ at ________ for a hearing.

After being duly sworn, the affiant states on reasonable information and belief that the facts are true and correct.
SUBSCRIBED AND SWORN TO BEFORE ME this
________day of________, 20____,

ANITA ALVAREZ
State's Attorney of Cook County

[signature]
Assistant State's Attorney
AFFIANT

**ORDER** No Bond

Leave is granted to the State to file this petition, Bail is set at No Bail. This petition is hereby transferred to Judge ________ on ________

DATE: ________ ENTER: [signature]

ENTERED
NOV 07 2012
DOROTHY BROWN
CLERK OF CIRCUIT COURT

| | | |
|---|---|---|
| WHITE | ORIGINAL: | PRELIMINARY HEARING COURT FILE |
| GREEN | 1st COPY: | CRIMINAL DIVISION IND./INF. FILE |
| YELLOW | 2nd COPY: | ASA TRIAL COURT |
| PINK | 3rd COPY: | DEFENDANT |
| | 4th COPY: | PRELIMINARY HEARING FILE |

- Michael is charged under the following charges(statutes):
- 720ILCS 5/12-7.5(a)(1) and ILCS5/12-7.5(a)(2) (see attached statute text).
- For the first charge, (which I assume is the Bridgeview charge that has not been dropped yet), Michael is given $25,000
- For the second charge, as of 5/09/2014, Michael has No Bond, yet, in our common understanding (please correct me if I am wrong), Michael's ILCS5/12-7.5(a)(1) and ILCS/12-7.5(a)(2) charges are unconstitutional.
- Michael is also charged with V.O.P. – please note that if the charges are unconstitutional and the charges should be dropped, there is not NCO, there fore no VOP with excessively oppressive NoBond. It is a Civil NCO, it has been contested, and, other than the perjury statements made during the 7/09/2012 and 8/20/2014 in Hon.Judge McGinnis'Ct (see Ct. Transcripts), there is no basis for the NCO, other than the revengeful and malicious prosecution's out of context exaggerations.
- Michael is also charged with "Stalking and Following", under ILCS 5/12-7.3(a/5)(1), charged on 9/4/2014, when, as per Hon. Judge Higgins'Ct Transcript, she admonished the prosecution for charging (prosecuti-

- Michael and I pursued treatment for him since he was finally released from his illegal detention on 6/02/2017, but, due to both our financial difficulties caused also by the State usurping his career and job offers since 2012, and also due to the indifference to suffering of some medical institutions, e.g., Lake Shore Hospital, Michael was deprived of appropriate assessment and treatment for his injuries. I was advised to ask the State to help us with obtaining treatment for Michael and the State's response was to throw him again in jail without probable cause other than seeking treatment.
- I am writing to you to ask again for remedy to compensate Michael's unconstitutional incarceration without a Speedy Trial, the State's constant undermining of; the inefficiency of Michael's legal representation; and the unconstitutionality of this Court's repeated decisions to validate the unconstitutionality of charges; to refuse even the State's suggested remedy of placing Michael in a Mental Health Court; and to continue to deprive Michael of his basic human rights by justifying his shackles and handcuffs even in his Court appearances. I appeal to your authority to please stop these hateful actions.
- My son was treated like a hog ("They were kicking me as if I were a hog, but if I were a hog, they would have been afraid to hurt me like that" said Michael about his 5/09/2014 assault). The State actors who enabled this conscience shocking actions are accountable.
- But my son is not and should not be reduced to lower than animal level because he suffers from mental illnesses.
- Michael was highly functional before the State, using immense expenses of the tax payers' money to forge false charges to prosecute/destroy my son's

and our family's lives, by enabling/using the State resources for the personal hateful actions of Mr. Wlosik (who told me about Michael, "If he is crazy, he MIGHT do something to my daughter"), as the Prosecution repeatedly stated in the Bridgeview Court and in Courtroom 206 of Leighton Building, "He MIGHT do something" because of "his bipolarism" (*sic*), arrested him without a probable cause, sent him with No Bond to Maximum Security CCDOC for one charge of cyberstalking, because he stated in one (compared with the 111 text messages the victim sent to him) message, "I don't just want to have sex, I want to have a relationship with you".

- We have been informed that the victim in this case and her father were pursuing US citizenship through incriminating Michael, working with state actors to harm him. Victim stated in a text message, "Mike didn't do anything to me I just wanna see his ass rot in jail".
- We also have been told that the victim's father is employed by the CCDOC as a Jail Inspector. This might explain the repeated forgeries in Michael's Court dockets, medical records, and even in the Judges' dispositions /Orders.
- After Michaei's 5/09/2014 assault, state actors hid the results of an investigation that proved that Michael had not touched anyone, but the Malicious Prosecution kept Michael 3 years in jail, hiding the witnesses' testimony; placing his civil complaint on *Stay*; and dismissing his *Writ of Habeas Corpus.*
- Michael has never been a danger to anyone and he never was submitted to any "threat" test to prove the onerous insinuations that he presents a

Joe

F.Y.I

[redacted]

Civil No C[illegible] Order 12OP50369

Petitioner: Patrycja Wlosik

Respondent: Michael O'Connor

RDOB: 6-14-90

Return Date: Monday, July 2, 2012 in courtroom 204 @1:30 p.m.

The petitioner is a classmate of the respondent not relationship at all. DePaul's Public Safety person Randy is aware of situation. (312)362-8344 as well as the Orland Police Department.

***Respondent has violated the order and was arrested on 6-15-12 after being served 6-11-12.

This case is up on July 9, 2012, in 103 at 9 a.m. Felony charge $75,000 d bond

Continue this case if possible until the 9th and then have it transferred and put the Civil No Contact order under the Felony case and dismiss Civil order number if possible. (CONFIRM FIRST WITH JUDGE AND FELONY State on the 2nd)

Pillars Case worker Christy Bowes is working with petitioner and her mother should be here for case if not contact her on 2nd with information (708)995-3664

7-9-12. 11:08 AM

Released on bond June 30th

HYNES JOHN JOSEPH

COURT OF COOK COUNTY

06/06/14 CONTINUANCE BY AGREEMENT
HYNES JOHN JOSEPH
06/06/14 RESTRICTED
HYNES JOHN JOSEPH
06/30/14 DEFENDANT IN CUSTODY
HYNES JOHN JOSEPH

06/30/14 0580



CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that :

The States Attorney of Cook County filed an INDICTMENT/ INFORMATION

06/30/14 CONTINUANCE BY AGREEMENT
HYNES JOHN JOSEPH

07/16/14 0580

07/16/14 DEFENDANT IN CUSTODY
HYNES JOHN JOSEPH
07/16/14 CONTINUANCE BY AGREEMENT
HYNES JOHN JOSEPH

08/22/14 0580

08/22/14 DEFENDANT IN CUSTODY
HYNES JOHN JOSEPH 08/22/14 PET VIOL OF PROBATION FILED
HYNES JOHN JOSEPH
08/22/14 NO BAIL
HYNES JOHN JOSEPH
08/22/14 CONT FOR STATUS OR PROG REPT
HYNES JOHN JOSEPH

10/17/14 0580

I hereby certify that the foregoing has been entered of record on the above captioned casæ Date 09/04/14

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS

NUMBER 12CR2231501

MICHAEL O CONNOR

P 004

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that :

The States Attorney of Cook County filed an INDICTMENT/ INFORMATION

04/11/14 CONTINUANCE BY AGREEMENT 06/13/14 0580
HYNES JOHN JOSEPH
05/09/14 PET VIOL OF PROBATION FILED
SULLIVAN LAURA MARIE
05/09/14 NO BAIL
SULLIVAN LAURA MARIE
05/09/14 MOTION STATE CONTINUANCE -MS 05/14/14 0580
SULLIVAN LAURA MARIE 05/09/14
DEF DEMAND FOR TRIAL
SULLIVAN LAURA MARIE
05/14/14 PET VIOL OF PROBATION FILED
LTF SUPP V.O.P.
HYNES JOHN JOSEPH
05/14/14 BOND TO STAND
HYNES JOHN JOSEPH
05/14/14 NO BAIL
HYNES JOHN JOSEPH
05/14/14 DEFENDANT IN CUSTODY
HYNES JOHN JOSEPH
05/14/14 MOTION DEFT CONTINUANCE MD 06/06/14 0580
HYNES JOHN JOSEPH
05/14/14 RESTRICTED
HYNES JOHN JOSEPH 06/06/14
DEFENDANT NOT IN COURT
HYNES JOHN JOSEPH
06/06/14 PET VIOL OF PROBATION FILED
LTF SUPP VOP
HYNES JOHN JOSEPH
06/06/14 NO BAIL
HYNES JOHN JOSEPH
06/06/14 DEFENDANT IN CUSTODY

they're the cases for which the defendant was on probation for at the time he picked up the first in time pending case, which is the 14 CR 8935. And in the 12 CR cases, one of them, 12 CR 12367, the defendant was convicted of cyberstalking after he sent the victim over 70 text messages between the dates of June the 6th, 2012 and June the 10th, 2012. The content of the messages included both threats to the victim, her boyfriend, and then unwanted sexual content including photos of the victim's genit- -- the defendant's genitalia.

The 12 CR 22315 case also involved the same victim, and he was convicted of cyberstalking after he posted five ads on Craigslist using the victim's name. The contents of those ads included sexual remarks, negative remarks, inappropriate remarks, and remarks indicating he wished to harm the victim, threatens to get -- and threatened to get her kicked out of school for plagiarism.

Your Honor, I believe that the evidence at trial, these prior acts, are necessary to prove all of the charges that the defendant has been charged with. Particularly, as I mentioned, the harassment of a witness, he has to have a case pending, as we've

because of the defendant's behavior.

Further, your Honor, the harassment of a witness charge, the very beginning of the charge, in that he, with intent to harass, so he has to -- we have to prove specific intent to harass this victim. And in order to show that in context, the evidence is required.

Your Honor, as I stated, the standard is an objective standard, as both Counsel and I agree. It's an objective standard in terms of the emotional distress. And that is why the context is so important. I can't accept his stipulation that, yes, the victim received emotional distress and believe that I satisfied my element. I need to prove beyond a reasonable doubt that that emotional distress is reasonable. And to do that, the circumstances must be shown.

Your Honor, we are not asking to enter this evidence in our rebuttal -- in a rebuttal case. It is the State's burden of going forward with the evidence. It's the State's burden to prove each and every element of each of these charges beyond a reasonable doubt. Based on my motion and based on my argument, it's the State's position that we need to show the prior

Exhibit 6, 7, 8

2/24/2012

To: Mr. John Fairman

I, the undersigned, Michael O'Connor, had delegated my mother, Valentina O'Connor, to ask repeatedly in my name, for a trial. I requested that justice be established in my case through a fair jury trial and the phone records of my phone conversations with my mother, as well as my mother's e-mail messages addressed to your law firm, are proofs of my requests.

Since I was not granted a trial, I delegate my mother, Valentina O'Connor, to request reimbursement with the money that she paid for a trial, so that I could exert my right to a trial with the help of another lawyer.

Respectfully,

Michael O'Connor

[signature]

To the Att. of the Honorable JUDGE Reddick;

From: Michael W. O'Connor
CCDOC ID #, 20140509336;

I believe in the U.S. constitution, unadulterated. The fact that an individual finds my speech, writing, and free expression offensive is perfectly OK with me — that is their emotions, ~~feelings, thoughts and concepts~~, not mine.

Nobody, not your prosecution or the upper ecelons of the criminal JUSTICE system, have the human rights to lawfully detain me, and keep me in chains, in dungeons, "indefinitely incarcerated," for fear or crooked interpretations of fine art; a project to get to the bottom of the epidemic, 'MASS INCARCERATION.'

My words are my freedom of expression, and the Cook County bailiffs expression(s) were to violently beat me life-long injuries while I was hand-cuffed behind my back, then charge me with battery. For these reasons, your honor, and many others, I demand a speedy trial and wish to keep my selection of jury (case). What your honor, constitutionally, does the state of Illinois have against me to prosecute me for 4 years now? Where in the constitution does it say corporal punishment is acceptable? THIS IS UGLY - IMMORAL and ILLEGAL.

I morally detest the tactics your "prosecution" is employing to frame an outstanding academic as a felon.

May GOD have mercy on their souls.

Passionately,
Michael Wolf Patrick O'Connor
[signature]

"OFFICIAL SEAL"
MARIA D. RODRIGUEZ
Notary Public, State of Illinois
My Commission Expires June 20, 2017
Commission No. 787376

Subscribed and sworn to before me this 20th day of December 2016 at Chicago, County of Cook, State of Illinois.
[signature]
Notary Public

Case: 1:15-cv-06494 Document #: 40 Filed: 03/30/17 Page 1 of 1 PageID #:268

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Michael W. O'Connor

Plaintiff,

v.

Case No.: 1:15–cv–06494
Honorable Sharon Johnson Coleman

Tom Dart

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 30, 2017:

MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 3/30/2017. Plaintiff granted leave to file amended complaint by 5/8/2017. Status hearing set for 5/8/2017 at 09:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Anne Lewis, Charles Long, Chantell Moore, Jeff Rumbaugh, John Owens, and Vincent Barner (collectively "Defendants"), by and through one of their attorneys, David T. Hartmann, Assistant Corporation Counsel, respectfully move this Court to permit the deposition of Plaintiff, Michael O'Connor, an incarcerated individual, pursuant to Federal Rule of Civil Procedure 30. In support, Defendants state:

1. A party must obtain leave of Court to depose an individual who is in the custody of a law enforcement agency. *See* FED. R. CIV. P. 30(a)(2)(B).
2. Plaintiff, Michael O'Connor, represented by counsel, has recently become incarcerated at the Cook County Jail in Chicago, Illinois. The parties have agreed on a date to begin his deposition.
3. Plaintiff has discoverable information regarding this lawsuit against Defendants and his deposition testimony is vital to litigating this case. Accordingly, Defendants seek leave to depose Plaintiff.
4. Given Plaintiff's status as an incarcerated individual, Defendants respectfully request that this Court enter an order stating that Plaintiff be made available for deposition at the Cook County Jail.
5. The undersigned contacted Plaintiff's counsel, Robert Fink, by email on August 17, 2018. Mr. Fink indicated that he does not oppose this request.

WHEREFORE, Defendants respectfully request the Court enter an order granting leave for defense counsel to depose Michael O'Connor.

Date: August 20, 2018

Respectfully submitted,

/s/ David T. Hartmann
Assistant Corporation Counsel

**JACKSON PARK HOSPITAL**
**Patient Discharge Instructions**

Patient Name: **O'CONNER JR, MICHAEL**
Visit ID: **01152718**
Attending: **SYED ALI MD**
MR Number: **205908**
Discharged:
DOB: **06/18/1990**

## Allergies

| | Date |
|---|---|
| No Known Allergies | |

## Discharge Instructions

| | |
|---|---|
| Activity | No Restrictions |
| ALLERGY | No Known Allergies |
| Diet | No Restrictions |
| Discharge Diagnosis | schizophrenia with broken hand |
| Discharge from 24 Hour Observation area | 01/04/2019 12:15 pm |
| Discharge Instructions | Disease Process |
| Discharge Record | Patient education provided<br>Discharge Instructions printed and given |
| Doctors address/phone# | * |
| Follow Up Appointment | Patient to schedule follow up with primary care provider |
| Follow Up Care | Patient To Schedule Dr. Dodda (773)947-7310 |
| Medications | None |
| Nurse giving discharge instructions | L. McCaskill, RN |
| Referral Required | None |

## Discharge Instructions 2

| | |
|---|---|
| Discharge Instructions Explained To | Patient |
| Patient/Significant Other Verbalized Understanding | Yes |
| Person Receiving Discharge Instructions | Michael O'Conner |
| Personal Belongings Returned To Patient/Family | Yes |
| Pre-Admission Medications Returned To Patient/Family | N/A |
| Valuables Returned To Patient/Family | No |

## Discharge Summary

| | |
|---|---|
| Device Removal(Heparin Lock / IV) | None |
| Foley Removed | N/A |
| Home Health Care Monitoring Required | No |
| Report given to Nursing Home/ HomeHealth Care Agency | N/A |

## Discharge Summary 2

| | |
|---|---|
| Accompanied By | Self |
| Discharge Status | Vital Signs Stable |

SIGNATURE/DATE/TIME

Provided by: L McCaskill RN 01/04/19 1300
Received by: X [signature]

Provided by:
Received by:

01/04/2019 12:41

someone cisc involved ill the d 'spute, bul only if cflOrls have been made, [o leu you about lhc [eques( (which may include wriucn noticc to you) or obtain an order profccling lite information requested.

Law Enforcement We Inay releasc protected health information if asked to do so by a law enl-orce.mcnl oiTicial:

- in response to a court subpoena, warrant, summons or simi'm- process;

# Chicago Lakeshore Hospital

Outpatient Services
850 W Lawrence Ave
Chicago IL
60640 P:
773.907.4622 F:
773090703546

June 25, 2018

Dear Valentina O'Connor:

This letter serves to confirm that your son, Michael, came for an intake assessment on June 25, 2018. During the intake assessment it was determined that Michael is not clinically appropriate for the services that we offer here at Chicago Lakeshore Outpatient Services. Referrals were given to other clinicians and therapists that specialize for those who have a TBI, as these services would be more appropriate for him at this time.

Best Regards,

Emily Petroschuk
Outpatient Clinical Intern
773.907.4622

**University of Illinois Hospital & Health Sciences System**
**1740 W. Taylor Chicago, IL 60612**
**(312) 996-7000**

# Patient Discharge Instructions / Information

**Name:** OCONNOR, MICHAEL
**Date of Birth:** 6/18/1990 12:00 AM
**Medical Record Number:** 81322894

**Call your healthcare provider if you have questions about any discharge instructions**
**Call your healthcare provider if you have worsening symptoms**
**Obstetric patients- if you cannot contact your provider, return to OB Emergency Room (312-996-4188)**
**Call 911 if you have an urgent concern or life-threatening symptoms**

**Visit Diagnosis:** Psychiatric problem: Substance abuse
**Current Allergies:** No Known Medication Allergies
**Current Problem List:**

- Altered Thought Processes
- Ineffective coping

**Educational Materials:** DRUG ABUSE. General
**Discharge Instructions**
**Activity Instructions at Home:** No restrictions
**Discharge Diet:** No restrictions
**Call for Non Urgent Questions:** Psychiatry Center (Adult 18 and over) 312-996-2200
**Departure Details**
**Transportation:** Self
**Psychiatry Discharge Information**
**Reason for Inpatient Admission:** Pt is a 27yr old domiciled unemployed M with PMH TBI, HTN and PPH significant for Bipolar, ADHD, OCD, PTSD; pt presents enforced by court order for psychiatric admission.
**Major Tests & Results During Stay:** None
**Results Pending at Discharge:** None
**Contact Info for Pending Results:** N/A
**Behavioral Health Adv Care Plan:** Patient did not wish to complete a behavioral health advanced directive or identify a surrogate decision maker at this time.

**Immunizations**
No Immunizations Documented This Visit

**Home Medication List:**

**divalproex sodium 500 mg oral delayed release tablet**

**Patient Instructions Signature Page**

Patient Name: MICHAEL OCONNOR

Account Number: V02245717

Guardian Name:

The above-named patient and/or guardian has received the following:

Patient Visit Report
Depression, Adult
Nursing DC Instructions
Standard Med Rec Patient Discharge Summary Report
Patient Health Summary

Signature Disclaimer
Please make sure you have read through this information before signing.

**I have read and understand the instructions given to me by my caregivers.**

V02245717 M0680677 M / 27
OCONNOR,MICHAEL
DOB:06/18/90 ADM:07/14/17 PA
Gill MD,Raja

Print Patient Name

Patient (or Guardian) Signature ___ Date 7/20/17 ___ Time ___

Caregiver/RN/Doctor Signature ___ Date 7/20/17 ___ Time ___

[illegible]
OCONNOR, MICHAEL
DOB 06/18/90 DATE 11.20.18 HM
Dees MD, Michelle

[illegible] 2[illegible], 2018

To: [illegible]

Michael O'Connor [illegible] 6/18/[illegible]
is compliant with his psychiatric
medication & visits

[illegible]
[illegible] 20, 201[illegible]

[illegible]

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 12CR2231501

MICHAEL O'CONNOR

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| | | | | |
|---|---|---|---|---|
| 01/07/13 APPEARANCE FILED<br>HYNES JOHN JOSEPH | | | | |
| 01/07/13 CONTINUANCE BY AGREEMENT<br>HYNES JOHN JOSEPH | | 01/15/13 | | |
| 01/15/13 DEFENDANT IN CUSTODY<br>HYNES JOHN JOSEPH | | | | |
| 01/15/13 CONTINUANCE BY AGREEMENT<br>HYNES JOHN JOSEPH | | 02/06/13 | | |
| 02/06/13 DEFENDANT IN CUSTODY<br>HYNES JOHN JOSEPH | | | | |
| 02/06/13 CONTINUANCE BY AGREEMENT<br>HYNES JOHN JOSEPH | | 02/13/13 0580 | | |
| 02/13/13 NOLLE PROSEQUI<br>HYNES JOHN JOSEPH | C002 | | | |
| 02/13/13 NOLLE PROSEQUI<br>HYNES JOHN JOSEPH | C003 | | | |
| 02/13/13 NOLLE PROSEQUI<br>HYNES JOHN JOSEPH | C004 | | | |
| 02/13/13 PLEA OF GUILTY<br>HYNES JOHN JOSEPH | C001 | | | |
| 02/13/13 JURY WAIVED<br>HYNES JOHN JOSEPH | | | | |
| 02/13/13 FINDING OF GUILTY<br>HYNES JOHN JOSEPH | C001 | | | |
| 02/13/13 CHANGE PRIORITY STATUS<br>HYNES JOHN JOSEPH | M | | | |
| 02/13/13 DEFENDANT FINED<br>HYNES JOHN JOSEPH | C001 | | $ | 729 |
| 02/13/13 SENTENCE TO RUN CONCURRENT<br>12CR1267801<br>HYNES JOHN JOSEPH | | | | |
| 02/13/13 DEF SENTENCED TO PROBATION<br>30 MTH<br>HYNES JOHN JOSEPH | C001 | | | |
| 02/13/13 DEF ADVISED OF RIGHT TO APPEAL<br>HYNES JOHN JOSEPH | | | | |
| 02/13/13 CONTINUANCE BY AGREEMENT<br>HYNES JOHN JOSEPH | | 05/24/13 0580 | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 12CR2231501

MICHAEL O'CONNOR

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| | | | | |
|---|---|---|---|---|
| 05/24/13 PET VIOL OF PROBATION FILED<br>HYNES JOHN JOSEPH | | | | |
| 05/24/13 MOTION TO INCREASE BAIL<br>HYNES JOHN JOSEPH | | F | 1 | |
| 05/24/13 BAIL AMOUNT SET<br>COMPOSITE<br>HYNES JOHN JOSEPH | | | | $ 150000 |
| 05/24/13 CONTINUANCE BY AGREEMENT<br>HYNES JOHN JOSEPH | 05/29/13 0580 | | | |
| 05/29/13 CONTINUANCE BY AGREEMENT<br>HYNES JOHN JOSEPH | 05/31/13 0580 | | | |
| 05/31/13 ADMONISH PER SP CT RULE 402<br>HYNES JOHN JOSEPH | | | | |
| 05/31/13 CONTINUANCE BY AGREEMENT<br>HYNES JOHN JOSEPH | 06/21/13 0580 | | | |
| 06/21/13 CRT REFERL-ELECTRON MONITORING<br>ALOWED TO GO TO TREATMENT<br>HYNES JOHN JOSEPH | | | | |
| 06/21/13 CONTINUANCE BY AGREEMENT<br>HYNES JOHN JOSEPH | 07/26/13 0580 | | | |
| 07/16/13 NOTICE OF MOTION/FILING | 07/18/13 0580 | | | |
| 07/18/13 CASE ADVANCED<br>HYNES JOHN JOSEPH | 07/18/13 0580 | | | |
| 07/18/13 SPECIAL ORDER<br>RELEASE FROM EM /GRANTED<br>HYNES JOHN JOSEPH | | | | |
| 07/18/13 PREVIOUS ORDER TO STAND<br>HYNES JOHN JOSEPH | 07/26/13 0580 | | | |
| 07/26/13 CONTINUANCE BY AGREEMENT<br>HYNES JOHN JOSEPH | 10/25/13 0580 | | | |
| 10/25/13 CONTINUANCE BY AGREEMENT<br>HYNES JOHN JOSEPH | 01/10/14 0580 | | | |
| 01/10/14 CONTINUANCE BY AGREEMENT<br>HYNES JOHN JOSEPH | 04/11/14 0580 | | | |
| 02/21/14 NOTICE OF MOTION/FILING | 02/26/14 0580 | | | |
| 02/26/14 CONTINUANCE BY AGREEMENT<br>KENNEDY KERRY M | 04/11/14 0580 | | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 12CR2231501

MICHAEL O'CONNOR

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/11/14 CONTINUANCE BY AGREEMENT 06/13/14 0580
HYNES JOHN JOSEPH
05/09/14 PET VIOL OF PROBATION FILED
SULLIVAN LAURA MARIE
05/09/14 NO BAIL
SULLIVAN LAURA MARIE
05/09/14 MOTION STATE - CONTINUANCE -MS 05/14/14 0580
SULLIVAN LAURA MARIE
05/09/14 DEF DEMAND FOR TRIAL
SULLIVAN LAURA MARIE
05/14/14 PET VIOL OF PROBATION FILED
LTF SUPP V.O.P.
HYNES JOHN JOSEPH
05/14/14 BOND TO STAND
HYNES JOHN JOSEPH
05/14/14 NO BAIL
HYNES JOHN JOSEPH
05/14/14 DEFENDANT IN CUSTODY
HYNES JOHN JOSEPH
05/14/14 MOTION DEFT - CONTINUANCE - MD 06/06/14 0580
HYNES JOHN JOSEPH
05/14/14 RESTRICTED
HYNES JOHN JOSEPH
06/06/14 DEFENDANT NOT IN COURT
HYNES JOHN JOSEPH
06/06/14 PET VIOL OF PROBATION FILED
LTF SUPP VOP
HYNES JOHN JOSEPH
06/06/14 NO BAIL
HYNES JOHN JOSEPH
06/06/14 DEFENDANT IN CUSTODY
HYNES JOHN JOSEPH
06/06/14 CONTINUANCE BY AGREEMENT 06/30/14 0580
HYNES JOHN JOSEPH
06/06/14 RESTRICTED
HYNES JOHN JOSEPH
06/30/14 DEFENDANT IN CUSTODY
HYNES JOHN JOSEPH

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 12CR2231501

MICHAEL O'CONNOR

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/30/14 CONTINUANCE BY AGREEMENT 07/16/14 0580
HYNES JOHN JOSEPH
07/16/14 DEFENDANT IN CUSTODY
HYNES JOHN JOSEPH
07/16/14 CONTINUANCE BY AGREEMENT 08/22/14 0580
HYNES JOHN JOSEPH
08/22/14 DEFENDANT IN CUSTODY
HYNES JOHN JOSEPH
08/22/14 PET VIOL OF PROBATION FILED
HYNES JOHN JOSEPH
08/22/14 NO BAIL
HYNES JOHN JOSEPH
08/22/14 CONT FOR STATUS OR PROG REPT 10/17/14 0580
HYNES JOHN JOSEPH

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 09/04/14

Dorothy Brown

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

L.Q.D.

CHICAGO POLICE DEPARTMENT

# CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HX351951**

## METHOD/CAU CODE

**DETECTIVE SUP. APPROVAL COMPLETE**

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | | | IUCR Code |
|---|---|---|---|---|---|
| STALKING / Simple | 0580 | STALKING / Simple | | | 0580 |
| **Address of Occurrence** | **Beat of Occur** | **No of Victims** | **No of Offenders** | **No of Arrested** | **SCR No** |
| 2650 S CALIFORNIA AVE | 1033 | 1 | 1 | 1 | |
| **Location Type** | **Location Code** | **Secondary Location** | | | **Hate Crime** |
| Jail / Lock-Up Facility | 281 | | | | No |
| **Date of Occurrence** | **Unit Assigned** | **Date RO Arrived** | **Fire Related?** | **Gang Related?** | **Domestic Related?** |
| 17-JUL-2014 15:00 | 5255 | 19-JUL-2014 11:30 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| PIEKARSKI-BLOCK, Nancy | 20683 | PIEKARSKI-BLOCK, Nancy | 20683 | BOWES, Joseph | 20666 |
| **Date Submitted** | | **Date Approved** | | **Assignment Type** | |
| 21-JUL-2014 17:35 | | 21-JUL-2014 17:36 | | FIELD | |

**THIS IS A FIELD INVESTIGATION METHOD/CAU CODE REPORT**

**VICTIM(S):** [redacted] **TYPE:** Individual

Female / White / 21 Years
**DOB:** [redacted] 1993
**RES:** [redacted]
**BIRTH PL:** Poland

**SOBRIETY:** Sober

**OFFENDER(S)** O'CONNOR, Michael -- In Custody--

Male / White / 24 Years
**DOB:** 18-MAY-1990
**DESCRIPTION:** 5'09, 205, Black Hair, Long Hair Style, Green Eyes, Light Complexion
**RES:** 10732 S Seeley Ave
Chicago IL
**BIRTH PLACE:** Illinois

**RELATIONSHIP OF VICTIM TO OFFENDER:**
[redacted] - No Relationship

**LOCATION OF INCIDENT:** 2650 S California Ave
Chicago IL
281 - Jail / Lock-Up Facility

**DATE & TIME OF INCIDENT:** 17-JUL-2014 15:00

**METHOD CODE(S):** Dna

**CAU CODE(S):** Dna

HX351951

RD #: HX273428

**Chicago Police Department - Incident Report**

**NARRATIVE**

EVENT #09665IN SUMMARY:THE VICTIM CONTACTED R/D ON 23 MAY 14 AFTER A LETTER ARRIVED AT HER HOUSE ADDRESSED TO HER FATHER, ARTHUR WLOSIK. THIS LETTER HAD A RETURN ADDRESS WITH THE NAME OF STEVEN BOGOVICH AND AN ADRESS AT COOK COUNTY JAIL. THE VICTIM READ THE LETTER AND FOUND THAT IT WAS FROM O'CONNOR. THE VICTIM HAS AN ACTIVE CIVIL NO CONTACT ORDER AGAINST THE OFFENDER (#120PS0369) AND THE OFFENDER VIOLATED THIS ORDER PREVIOUSLY AND WAS ARRESTED 06 MAY AND CHARGED ACCORDINGLY (CB#18888719). THIS LETTER VIOLATES THE NO CONTACT ORDER AS WELL AS THE SPECIAL CONDITIONS OF BOND FROM THE ARREST ON 06 MAY 14. THE LETTER WAS INVENTORIED IN 022ND DISTRICT. R/D IS THE INVESTIGATING DETECTIVE ON THIS CASE. THE VICTIM WAS GIVEN VIN.

**PERSONNEL**

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Detective/Investigator | 21015 | [redacted] | **MERKEL, Joseph, J** | [redacted] | 4 May 2014 15:02 | 610 | |
| Detective/Investigator | 20886 | [redacted] | **BOWES, Joseph, P** | [redacted] | 7 May 2014 13:32 | 181 | |
| Reporting Officer | 20886 | [redacted] | **BOWES, Joseph, P** | [redacted] | 3 May 2014 15:31 | 181 | 5264 |

CHICAGO POLICE DEPARTMENT

# ORIGINAL CASE INCIDENT REPORT

3510 S Michigan Avenue Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

RD #: HX273428
EVENT #: 1414309665
Case ID

## INCIDENT

**ASSIGNED TO FIELD**

IUCR: 4386 - Other Offense - Violation Of Civil No Contact Order

Occurrence Location: 2650 S California Ave, Chicago IL, 281 - Jail / Lock-Up Facility

Beat: 1033

Unit Assigned: 5264

RO Arrival Date: 22 May 2014 20:00

# Offenders: 1

Occurrence Date: 17 May 2014 00:00

## NON OFFENDER

**VICTIM - Individual**

Name [redacted]

Res: [redacted]

Beat: 3100

Beat: 5100

Sobriety: Sober

**Demographics**

Female
White

DOB: [redacted]993
Age: 21 Years
Birth Place: Poland

## SUSPECTS

**Suspect # 1** [redacted]

Name: O'CONNOR, Michael W

Res: 10732 S Seeley Ave, Chicago IL

Beat: 2212

**Demographics**

Male
White
5'09,
205 lbs
Green Eyes
Black Hair
Medium Hair Style
Light Complexion

DOB: 18 June 1990
Age: 23 years
Birth Place: IL

## RELATIONSHIP

**RELATIONSHIP**

(Victim) [redacted] is a No Relationship of ( Offender ) O'CONNOR, Michael,W

## DOMESTIC INFO

## OTHER

**Miscellaneous**

Victim Information Provided [redacted]

Flash Message Sent ? No

RD #: HX273428

| | |
|---|---|
| | Chicago IL 60604<br>290 - Residence |
| **DATE & TIME OF INCIDENT:** | 05-MAY-2014 10:00 |
| **METHOD CODE(S):** | DNA |
| **CAU CODE(S):** | DNA |
| **PERSONNEL ASSIGNED:** | Detective/Investigator<br>CHIGAROS, Kathleen K # 20037<br>NELLIGAN, Chris M # 21281<br>Reporting Officer<br>QUINTERO, Robert # 17017 BEAT: 2212 |
| **CRIME CODE SUMMARY:** | 4386 - Other Offense - Violation Of Civil No Contact Order |
| **IUCR ASSOCIATIONS:** | 4386 - Other Offense - Violation Of Civil No Contact Order<br>O CONNOR, Michael ( Offender )<br>[redacted] ( Victim ) |
| **ASSOCIATED ARRESTS:** | 18888719 |
| **REPORT DISTRIBUTIONS:** | No Distribution |

**INVESTIGATION:**

This is an Area South Cleared Closed (Arrest and Prosecution) Case Report.

RD#HX250743

Type of Incident:

Violation of No Contact Order/Cyberstalking

Date, Time and Location of Occurrence:

05 May 14, 1000 hrs, 10732 S. Seeley

Victim:

[redacted]
F/2/21 DOB [redacted] 93
ADD: [redacted]
Ph# [redacted]

In Custody:

O'Connor, Michael W
M/2/23 DOB 18 Jun 90
ADD: 10732 S. Seeley
Chicago Il. 60643

# CLEAR Data Warehouse

## Contact Information Card Search

Card No = ISR000670915

Report Date= 3/11/2019

STATUS = APPROVED

Requested By= [redacted]

### Contact Details

Card No. ISR000670915 Contact Date/Time 13-OCT-2018 [illegible] Submitting Beat [illegible]
Juvenile N
Contact Type Investigatory Stop

Street No. [illegible] Street Dir. W Street Name VAN BUREN ST Apt/Suite
City CHICAGO State IL Zip 6062[illegible] Beat 1131

### Person Details

Last Name OCONNOR First Name MICHAEL Middle Initial Name Suffix
Nickname Birth Date 18-JUN-1990 Age 28 Age To
Sex M Race WHI Height 510
Weight 160 Build MED Eye Color BRO
Hair Color BLN Hair Style SHAG Complexion LGT
Phone No. Cell No.
Clothing Description GLASSES HAT

### Residential Address

Street No. 10732 Street Dir. S Street Name SEELEY AVE Apt/Suite
City CHICAGO State IL Zip 60643 Beat 2212

### Employer/School Details

Employer Business Name School Name

Street No. Street Dir. Street Name Apt/Suite
City State Zip Beat

### Vehicle Details

License No. License Type
License State License Expiration VIN No.

Vehicle Year
Vehicle Make
Vehicle Model Type
Body Style Color

### ID Details

Name Verified? Drivers License No. State SSN

CHICAGO POLICE DEPARTMENT

# ORIGINAL CASE INCIDENT REPORT

3510 S Michigan Avenue Chicago Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(5/03)-C

**RD #:** HX250743
**EVENT #:** 1412608737
Case ID 5600422 CASR329

## INCIDENT

**ASSIGNED TO FIELD**

IUCR: 4386 - Other Offense - Violation Of Civil No Contact Order

Occurrence Location: 10732 S Seeley Ave, Chicago IL 60604, 290 - Residence

Beat: 2212

Unit Assigned: 2212

RO Arrival Date: 06 May 2014 13:35

# Offenders: 1

Occurrence Date: 05 May 2014 10:00

## NON OFFENDER

**VICTIM - Individual**

Name: [redacted]

Res: [redacted]

Beat: 3100

Beat: 5100

**Demographics**

Female

White

DOB: [redacted] 1993

Age: 21 Years

Birth Place: Poland

Sobriety: Sober

**Other Communications and Availability**

Residence Phone: [redacted]

Available Time: 09:00:00 - 18:00:00

## SUSPECTS

**Suspect # 1**

Name: O CONNOR, Michael

Res: 10732 S Seeley Ave, Chicago IL 60643

Beat: 2212

**Demographics**

Male

White

5'09.

205 lbs

Green Eyes

Brown Hair

Short Hair Style

Fair Complexion

DOB: 18 June 1990

Age: 23 years

Birth Place: IL

**Other Communications and Availability**

## RELATIONSHIP

**RELATIONSHIP**

(Victim) [redacted] is a No Relationship of (Offender) O CONNOR, Michael

## DOMESTIC INFO

RD #: HX250743



CLEAR Technology


O'CONNOR ,MICHAEL
10732 S SEELEY AVE
IR 1808412


OCONNOR ,MICHAEL
10732 S SEELEY AVE
IR 1808412


O CONNOR ,MICHAEL
10732 S SEELEY AVE
IR 1808412


O'CONNOR ,MICHAEL
10732 S SEELEY AVE
[illegible]


O'CONNOR ,MICHAEL
10732 S SEELEY AVE
[illegible]


O'CONNER ,MICHAEL
10732 S SEELEY AVE
IR 1808412


O'CONNOR ,MICHAEL
10732 S SEELEY AVE
IR 1808412


O'CONNOR ,MICHAEL
10732 S SEELEY AVE
IR 1808412


OCONNOR ,MICHAEL
10732 S SEELEY AVE
IR 1808412


OCONNOR ,MICHAEL
10732 S SEELEY AVE
[illegible]


O CONNOR ,MICHAEL
10732 S SEELEY AVE
IR 1808412


O'CONNER ,MICHEAL
10732 S SEELEY AVE
IR 1808412


O'CONNOR ,MICHAEL
10732 S SEELEY AVE
IR 1808412


O'CONNOR ,MICHAEL
10732 S SEELEY AVE
IR 1808412


O CONNOR ,MICHAEL
10732 S SEELEY AVE
[illegible]

REQUESTED BY [redacted] FOR OFFICIAL POLICE USE ONLY! NOT FOR DISSEMINATION!
NOT FOR COURT OR LINEUP USE!

**PERSONNEL ASSIGNED:**

Detective/Investigator
BOWES, Joseph P # 20886

Reporting Officer
BOWES, Joseph P # 20886 **BEAT:** 5255

**CRIME CODE SUMMARY:** 0580 - Stalking - Simple

**IUCR ASSOCIATIONS:**

0580 - Stalking - Simple
[redacted] ( Victim )
O'CONNOR, Michael ( Offender )

**REPORT DISTRIBUTIONS:** No Distribution

CHICAGO POLICE DEPARTMENT

**CASE SUPPLEMENTARY REPORT**

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HX250743**

Case ID: 9800423
Sup ID: 10554259 CASR301

**CLEARED CLOSED (ARREST AND PROSECUTION)** | **DETECTIVE SUP. APPROVAL COMPLETE**

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| **OTHER OFFENSE / Violation Of Civil No Contact Order** | **4386** | OTHER OFFENSE / Violation Of Civil No Contact Order | 4386 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| **10732 S SEELEY AVE** | **2212** | 1 | 1 | 1 | |

| Location Type | Location Code | Secondary Location | Hate Crime? |
|---|---|---|---|
| **Residence** | **290** | | NO |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| **05-MAY-2014 10:00** | **2212** | 06-MAY-2014 13:35 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| BOWES, Joseph | 20886 | BARRY, Kevin | 1816 | NELLIGAN, Chris | 21281 |

| Date Submitted | Date Approved | Assignment Type |
|---|---|---|
| 31-MAY-2014 10:30 | 03-JUN-2014 19:52 | FIELD |

**THIS IS A FIELD INVESTIGATION CLEARED CLOSED (ARREST AND PROSECUTION) REPORT**

**VICTIM(S) :** [redacted] **TYPE: Individual**

Female / White / 21 Years

**DOB:** [redacted]-1993

**RES:** [redacted]

**BIRTH PL:** Poland

**SOBRIETY:** Sober

**OTHER COMMUNICATIONS:**

Residence Phone : [redacted]

**OFFENDER(S):** O CONNOR, Michael -- In Custody --

Male / White / 23 Years

**DOB:** 18-JUN-1990

**RES:** 10732 S Seeley Ave
Chicago IL 60643

**BIRTH PL:** Illinois

**DESCRIPTION:** 5'09,205,Brown Hair, Short Hair Style, Green Eyes, Fair Complexion

**IR #:** 1808410 **CB #:** 18888719

**RELATIONSHIP OF VICTIM TO OFFENDER:**

[redacted] No Relationship

**LOCATION OF INCIDENT:** 10732 S Seeley Ave

HX250743

Charges and Court Information:

740 ILCS 5/12-7-4-a-3 Aggravated Stalking

Br. 38/2 01 Aug 14

Assigned Detectives:

Det. J. Bowes #20886
Det. B. Ferguson #20286

Arresting Officers.

Det. J. Bowes #20886
Det. B. Ferguson #20286

History of Investigation:

R/D initiated this investigation after it was learned that the offender, O'Connor, had made contact with the victim on or around 17 Jul 14 by mailing a letter to her residence. R/Ds had previously arrested the offender on 06 May 14 under RD#HX250743 and on 29 May 14 under HX273428 for Violation of Civil No Contact order for the same victim. R/Ds were aware that the No Contact Order (#12OPS0369) was currently valid and bail conditions for the previous mentioned case also prohibited the offender from having any contact with the victim in any form.

R/Ds spoke with the victim and recovered and inventoried the letter sent from the jail by the offender. R/D noted that this letter was from the Cook County Jail. R/D further noted that the return address on the envelope had Michael O'Connor on it and the contents of the letter also revealed him to be the author of the letter.

On 25 Jul 14, R/Ds went to Cook County Jail to interview the offender. The offender was Mirandized at 1030 hours and the offender invoked his right to remain silent and requested an attorney.

R/D contacted ASA Leslie Gool of the Felony Review Unit. Gool arrived in the 022nd District where O'Connor was being processed. Gool interviewed the victim and after reviewing the facts of the case, Gool approved Felony charges against the offender for Aggravated Stalking.

Based on this information, R/D requests that this case be considered Cleared Closed based on the arrest and prosecution of the offender in this case.

**Chicago Police Department - Incident Report** RD #: HX351951

**PERSONNEL**

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 2283 | [redacted] | **SPARKS, Sherell, D** | [redacted] | 19 Jul 2014 19:53 | 006 | |
| Detective/Investigator | 3697 | | **ADAMS, Michael, A** | | 21 Jul 2014 17:35 | 610 | |
| Detective/Investigator | 20299 | | **ADAMS, Michael, A** | | 21 Jul 2014 17:35 | 610 | |
| Detective/Investigator | 20737 | | **ADAMS, Michael, A** | | 21 Jul 2014 17:35 | 610 | |
| Detective/Investigator | 20886 | | **BOWES, Joseph, P** | | 25 Jul 2014 11:06 | 181 | |
| Reporting Officer | 20886 | | **BOWES, Joseph, P** | | 19 Jul 2014 19:34 | 181 | 5255 |



CLEAR Technology

CHICAGO POLICE DEPARTMENT

# CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HX273428**

**DETECTIVE SUP. APPROVAL COMPLETE**

## METHOD/CAU CODE

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Offense Classification/Re-Classification: **OTHER OFFENSE / Violation Of Civil No Contact Order** | IUCR Code: **4386** | Original Offense Classification: OTHER OFFENSE / Violation Of Civil No Contact Order | | | | UCR Code: 4386 |
| Address of Occurrence: **2650 S CALIFORNIA AVE** | Beat of Occur: **1033** | No of Victims: 1 | No of Offenders: 1 | No of Arrested: 0 | | SCR No |
| Location Type: **Jail / Lock-Up Facility** | Location Code: **281** | Secondary Location | | | | Hate Crime: No |
| Date of Occurrence: **17-MAY-2014 00:00** | Unit Assigned: **5264** | Date RO Arrived: 22-MAY-2014 20:00 | Fire Related?: NO | Gang Related?: NO | | Domestic Related?: NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| GALLAGHER, George | 21088 | GALLAGHER, George | 21088 | BOWES, Joseph | 20886 |
| Date Submitted: 24-MAY-2014 15:01 | | Date Approved: 24-MAY-2014 15:02 | | Assignment Type: FIELD | |

## THIS IS A FIELD INVESTIGATION METHOD/CAU CODE REPORT

**VICTIM(S):** [redacted] **TYPE: Individual**

Female / White / 21 Years
**DOB:** [redacted]1993
**RES:** [redacted]

**BIRTH PL:** Poland

**SOBRIETY:** Sober

**SUSPECT(S)** **O'CONNOR, Michael W**

Male / White / 23 Years
**DOB:** 18-JUN-1990
**DESCRIPTION:** 5'09, 205, Black Hair, Medium Hair Style, Green Eyes, Light Complexion

**RES:** 10732 S Seeley Ave
Chicago IL

**BIRTH PLACE:** Illinois

**RELATIONSHIP OF VICTIM TO OFFENDER:**

[redacted] - No Relationship

**LOCATION OF INCIDENT:** 2650 S California Ave
Chicago IL
281 - Jail / Lock-Up Facility

**DATE & TIME OF INCIDENT:** 17-MAY-2014 00:00

**METHOD CODE(S):** Dna

HX273428

ON 06 May, R/D contacted Officer Rumbaugh #5876 of the Fugitive Apprehension Group and informed him of the Investigative Alert for O'Connor. Rumbaugh advised that on 06 May he went to the residence at 10732 S. Seeley to arrest O'Connor. Rumbaugh related that he met with O'Connor's parents at the door of the residence and that he and his partner were there for about an hour before O'Connor's parents decided to allow their son to come out of the house and be placed under arrest. At approximately 2145 hrs on 06 May, Rumbaugh informed R/D that he placed O'Connor under arrest. Rumbaugh then brought O'Connor to the 022nd District for processing. R/D also had contact with a subject named Shea Allen, who stated he was representing O'Connor as his attorney.

While the police were at his residence and before he was placed under arrest, [redacted] contacted R/D and informed him that she was getting messages via Facebook from O'Connor that referenced the police being at his home and his impending arrest.

On 07 May 14, R/D went to speak with O'Connor in regards to this matter. R/D identified himself as a Detective with the Chicago Police Department and at that time, O'Connor stated he was represented by an attorney and he was advised not to say anything. R/D left the lockup area and did not speak to O'Connor after that.

On 07 May 14, Felony Review ASA Bobby Kline met with R/D and the victim in the 022nd District. Kline reviewed all of the facts of the case and advised R/D to do a search warrant on the offender's residence to recover any computer related devices that could have been used to send the Facebook messages.

On 07 May 14, R/Ds and Tactical Officers from the 22nd District executed Search Warrant #14SW5672 at the residence of the offender. Several computers and tablets were recovered and inventoried. Additional search warrants will be obtained for these computers to document any contact made by O'Connor to Wlosik.

After the execution of the search warrant at the residence, R/D contacted Felony Review to inform them of the execution of the search warrant and the recovery of several computers. At 0000 hrs on 08 May, ASA Kleist approved felony charges of Cyberstalking and Violation of a Civil No Contact Order.

A Probable Cause Statement for Judicial Determination was signed by Judge Laura Sullivan at 1205hrs on 08 May 2014. 14 MCI 108713 was assigned.

Based on this information, R/D requests that this case be considered Cleared Closed based on the arrest and prosecution of the offender in this case.

**HX273428**

Case ID 9620726
Sub ID 10591556 CASR301

CHICAGO POLICE DEPARTMENT
# CASE SUPPLEMENTARY REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

| CLEARED CLOSED (ARREST AND PROSECUTION) | | DETECTIVE SUP. APPROVAL COMPLETE | | | | |
|---|---|---|---|---|---|---|
| Last Offense Classification/Re-Classification: **OTHER OFFENSE / Violation Of Civil No Contact Order** | IUCR Code: **4386** | Original Offense Classification: OTHER OFFENSE / Violation Of Civil No Contact Order | | | | IUCR Code: 4386 |
| Address of Occurrence: **2650 S CALIFORNIA AVE** | Beat of Occur: **1033** | No of Victims: 1 | No of Offenders: 1 | No of Arrested: 1 | | SCR No |
| Location Type: **Jail / Lock-Up Facility** | Location Code: **281** | Secondary Location | | | | Hate Crime?: NO |
| Date of Occurrence: **17-MAY-2014 00:00** | Unit Assigned: **5264** | Date RO Arrived: 22-MAY-2014 20:00 | Fire Related?: NO | Gang Related?: NO | | Domestic Related?: NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| BOWES, Joseph | 20886 | BARRY, Kevin | 1816 | BOWES, Joseph | 20886 |
| Date Submitted: 29-MAY-2014 18:53 | | Date Approved: 29-MAY-2014 19:35 | | Assignment Type: FIELD | |

## THIS IS A FIELD INVESTIGATION CLEARED CLOSED (ARREST AND PROSECUTION) REPORT

**VICTIM(S) :** [redacted] **TYPE: Individual**

Female / White / 21 Years
**DOB:** [redacted]993
**RES:** [redacted]
**BIRTH PL:** Poland
**SOBRIETY:** Sober

**OFFENDER(S):** O'CONNOR, Michael W -- In Custody --

Male / White / 23 Years
**DOB:** 18-JUN-1990
**RES:** 10732 S Seeley Ave
Chicago IL
**BIRTH PL:** Illinois
**DESCRIPTION:** 5'09,205,Black Hair, Medium Hair Style, Green Eyes, Light Complexion

**IR #:** 1808410 **CB #:** 18903718

**RELATIONSHIP OF VICTIM TO OFFENDER:**
[redacted] No Relationship

**LOCATION OF INCIDENT:** 2650 S California Ave
Chicago IL
281 - Jail / Lock-Up Facility

**DATE & TIME OF INCIDENT:** 17-MAY-2014 00:00

HX273428

740 ILCS 22/219 VIOLATION OF CIVIL NO CONTACT ORDER

Br. 38/2 05 Jun 14

Assigned Detectives:

Det. J. Bowes #20886
Det. B. Ferguson #20286

Arresting Officers

Det. J. Bowes #20886
Det. B. Ferguson #20286

History of Investigation

R/D initiated this investigation after it was learned that the offender, O'Connor, had made contact with the victim on or around 17 May 14 by mailing a letter to her residence. R/Ds had previously arrested the offender on 06 May 14 under RD#HX250743 for Cyberstalking and Violation of Civil No Contact order for the same victim. R/Ds were aware that the No Contact Order (#12OPS0369) was currently valid and bail conditions for the previous mentioned case also prohibited the offender from having any contact with the victim in any form.

R/Ds spoke with the victim and recovered and inventoried the letter sent from the jail by the offender. On 29 May 14, R/Ds went to Cook County Jail to interview the offender. The offender was Mirandized at 1130 hours and the offender agreed to answer questions without an attorney present.

O'Connor stated that he did in fact send the letter to the victim and he stated that he knew that this type of contact was illegal and prohibited by the No Contact Order. O'Connor stated he sent the letter addressed to Artur Wlosik, the victim's father at the residence that the victim shares with him.

R/D contacted ASA Gottrich of the Felony Review Unit. Gottrich arrived in the 022nd District where O'Connor was being processed. Gottrich advised the offender of his Miranda warnings and the offender waived these warnings and agreed to talk to her and R/D. O'Connor again admitted that he wrote the letter and sent it to the victim knowing that it was illegal and prohibited by his conditions of bond on his previous case. Further, O'Connor stated he has since mailed two additional letters to the victim, however the victim has not received these letters as of the time of this report.

After reviewing the case, Gottrich approved Felony charges against the offender for Violation of the Civil No Contact Order.

Based on this information, R/D requests that this case be considered Cleared Closed based on the arrest and prosecution of the offender in this case.

HX250743
DETECTIVE SUP. APPROVAL COMPLETE

**INCIDENT:**

**METHOD CODE(S):** Dna

**CAU CODE(S):** Dna

**PERSONNEL ASSIGNED:**

Detective/Investigator
CHIGAROS, Kathleen K #20037
NELLIGAN, Chris M #21281
Reporting Officer
QUINTERO, Robert #17017 **BEAT:** 2212

**CRIME CODE SUMMARY:** 4386 - Other Offense - Violation Of Civil No Contact Order

**IUCR ASSOCIATIONS:** 4386 - Other Offense - Violation Of Civil No Contact Order
[redacted] ( Victim )
O CONNOR, Michael ( Suspect )

**REPORT DISTRIBUTIONS:** No Distribution

**INVESTIGATION:**

THIS IS A SUSPENDED CASE REPORT

R/Det received this report as a handout. Offender Michael O'Connor in violation of Civil No Contact Order of Protection, Number 120PSZ0369, sent victim several hundred messages via facebook. This has been a continual problem for victim, causing her fear.

R/Det issued Investigative Alert #299982913, with probable cause for arrest.

Det K. CHIGAROS #20037

CHICAGO POLICE DEPARTMENT

# CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HX351951**

Case ID 9701592
Sup ID 10896836 DASR10

| CLEARED CLOSED (ARREST AND PROSECUTION) | | DETECTIVE SUP. APPROVAL COMPLETE | | | | |
|---|---|---|---|---|---|---|
| Last Offense Classification/Re-Classification: STALKING / Aggravated | IUCR Code: 0581 | Original Offense Classification: STALKING / Simple | | | | IUCR Code: 0580 |
| Address of Occurrence: 2650 S CALIFORNIA AVE | Beat of Occur: 1033 | No of Victims: 1 | No of Offenders: 1 | No of Arrested: 1 | | SCR No |
| Location Type: Jail / Lock-Up Facility | Location Code: 281 | Secondary Location | | | | Hate Crime? NO |
| Date of Occurrence: 17-JUL-2014 15:00 | Unit Assigned: 5255 | Date RO Arrived: 19-JUL-2014 11:30 | Fire Related? NO | Gang Related? NO | | Domestic Related? NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| BOWES, Joseph | 20886 | BARRY, Kevin | 1816 | BOWES, Joseph | 20886 |
| Date Submitted: 02-AUG-2014 07:43 | | Date Approved: 02-AUG-2014 18:06 | | Assignment Type: FIELD | |

**THIS IS A FIELD INVESTIGATION CLEARED CLOSED (ARREST AND PROSECUTION) REPORT**

**VICTIM(S) :** [redacted] **TYPE:** **Individual**

Female / White / 21 Years
**DOB:** [redacted] 1993
**RES:** [redacted]
**BIRTH PL:** Poland
**SOBRIETY:** Sober

**OFFENDER(S):** **O'CONNOR, Michael** -- In Custody --

Male / White / 24 Years
**DOB:** 18-MAY-1990
**RES:** 10732 S Seeley Ave
Chicago IL
**BIRTH PL:** Illinois
**DESCRIPTION:** 5'09,205,Black Hair, Long Hair Style, Green Eyes, Light Complexion

**IR #:** 1808410 **CB #:** 18941760

**RELATIONSHIP OF VICTIM TO OFFENDER:**

[redacted] No Relationship

**LOCATION OF INCIDENT:** 2650 S California Ave
Chicago IL
281 - Jail / Lock-Up Facility

**DATE & TIME OF INCIDENT:** 17-JUL-2014 15:00

**METHOD CODE(S):** DNA

HX351951

have? Then some day you will wake up in hell, and you will not have my love.
I love you.

Saint Michael (Roman, Irish, Catholic, Polish) Micheal in Gealic

do NOT contact me with unsolicited services or offers

post id: 4456920813

posted: 28 days ago

updated: 21 days ago

email to friend

♥ best of [?]

# You are making a huge mistake. - m4w

?v=gHa71o7qPE4
?v=gmyq9tIiu8g

I am looking forward to stealing you away in the night and never bringing you back. Here's to your adventure mode sinking in and you running away with me in the night. Here's to you being my doll. Here's to the hollow.

do NOT contact me with unsolicited services or offers

# You are making a huge mistake. - m4w

?v=gHa71o7qPE4
?v=gmyq9tIiu8g

I am looking forward to stealing you away in the night and never bringing you back. Here's to your adventure mode sinking in and you running away with me in the night. Here's to you being my doll. Here's to the hollow.

do NOT contact me with unsolicited services or offers

[ logged in as **chirishbeast@gmail.com** ] [ logout ]
**chicago craigslist** > city of chicago > manage posting

**This posting has expired from craigslist. [?]**

You will have the opportunity to make changes before it is made live.

[learn more]

post

[ account ]

CL >chicago >city of chicago >personals >missed connections

reply

Posted: a month ago

# YOUR EYES. - m4w

They have secretly been my eyes. In my soul. I see myself in you. I live in your soul and you torture me. Your people. Why? RJU my cousin?

:))))

I love you...

?v=PKfD8d3XJok
?v=qvVvN0QvzTk

do NOT contact me with unsolicited services or offers

post id: 4454164326

posted: a month ago

updated: 23 days ago

email to friend

♥ best of [?]

chirishbeast@gmail.com logout

**chicago craigslist** > city of chicago > manage posting

**This posting has expired from craigslist. [?]**

________________ You will have the opportunity to make changes before it is made live. [learn more]

post

[ account ]

CL >chicago >city of chicago >personals >missed connections

reply

Posted: a month ago

# I guess I'll do time for you the rest of my life. - m4w






Mr. Richards Refused to inform Hon. Judge Reddick about Michael's actual innocence & fundam-
-ental miscarriage of justice, about the FALSE Aggr. Battery charges pressed against him by one of the 3 State actors
and their superiors, just to keep Michael incarcerated without any treatment after his 5/9/2014 Bond Ct. attack
with deadly/excessive force, just because he tried to explain to the Court why his cyberstalking charge
is unconstitutional. He was kept in shackles & cages ("High Risk Movement") for 3 years due to LIES!

To: Mike O'Connor



they're the cases for which the defendant was on probation for at the time he picked up the first in time pending case, which is the 14 CR 8935. And in the 12 CR cases, one of them, 12 CR 12367, the defendant was convicted of cyberstalking after he sent the victim over 70 text messages between the dates of June the 6th, 2012 and June the 10th, 2012. The content of the messages included both threats to the victim, her boyfriend, and then unwanted sexual content including photos of the victim's genit- -- the defendant's genitalia.

The 12 CR 22315 case also involved the same victim, and he was convicted of cyberstalking after he posted five ads on Craigslist using the victim's name. The contents of those ads included sexual remarks, negative remarks, inappropriate remarks, and remarks indicating he wished to harm the victim, threatens to get -- and threatened to get her kicked out of school for plagiarism.

Your Honor, I believe that the evidence at trial, these prior acts, are necessary to prove all of the charges that the defendant has been charged with. Particularly, as I mentioned, the harassment of a witness, he has to have a case pending, as we've

your lawyer has a job to do, and he can't do it if you're working against him.

THE DEFENDANT: Very reasonable. I understand. It won't happen again.

THE COURT: All right.

THE DEFENDANT: Okay.

THE COURT: Go ahead.

MS. BENNET: Thank you.

That is the contact that was made in this elective matter which is the basis for the allegations of the harassment of a witness, the aggravated stalking charge, as well as the violations of order of protection and the stalking no contact order of protection.

The 14 CR 8395 case, in that case, those allegations are that the defendant -- He's charged with six counts of cyberstalking and one count of violation of a stalking no contact order. In that case, the defendant allegedly sent hundreds of messages to the same victim, Patrycja Wlosik -- that's P A T R Y C J A, W L O S I K. Those messages included threats to the victim as well as other statements on how much the defendant loves this victim.

The other two cases are both 12 CR cases, and

MR. ALLEN: Yes, your Honor. Only that the letters, there are no allegations as of yet the letter contained anything directly, directly in regards to bringing harm to the victim in this matter at all. The letters and previous letters many of them contains poems that are along the lines dealing with love but nothing in regards to violence.

THE COURT: Well, the statute for the no bail does require that there be a real and present threat to the physical safety of the victim. In this case I do not see that there is a real and present threat to the physical safety but he's also in violation of both of my bonds which was no contact which I advised you of in both cases as well as the order of protection. So I don't think that the State meets the requirements for no bail based on the fact that he is currently incarcerated on no bail in two other of the cases, and he could not have actually posed a real and present threat to physical safety. So no bail under the statute of 5110 dash 6.3 is denied. But I will set bond at 500,000 D.

So Mr. O'Connor, I understand that these letters were sent through other people on the tier, that you gave letters to other people. Now

suffered mental emotional distress. We have to prove that a reasonable person in those circumstances would. In order to satisfy that standard, the jury, or the trier of fact, has to be apprised of all the circumstances surrounding the receipt of those letters. Otherwise, the victim takes the witness stand, she testifies some guy that she met many years ago sent her two letters in jail that says she loves her. She looks like the crazy person who is somehow so emotionally distraught over receiving simply two letters, that we are standing here with the defendant charged with Class 2, Class 3, and Class 4 felonies. And that is simply not the circumstances of this case.

Your Honor, the Cardamone case which is cited in Counsel's response is very distinguishable from our case. In that case, there were numerous other instances that the State sought to present to the Court. However, they involved 15 different victims, as noted in the response to the motion. And in this case, all of the other instances involve the same victim. And they are certainly not being shown to say that the defendant is a bad person. They're very specifically being used to show that this victim was reasonable and -- was reasonably placed in emotional distress

correspondence, and Professor Kelly Marshall's husband, officer Kent Marshall from Orland Pk Police/or Moraine Valley College inOrland Park), together with Ms. Cynthia Summers and officer Randy from De Paul University - these state actors conspired to unconstitutionally incarcerate and charge Michael with crimes for which there has never been any probable case, to hatefully and revengefully prosecute Michael, to even, as per my observation of facts, have Michael framed and killed while Michael has been unconstitutionally incarcerated, over 4 years and five months as of today.

- I understand that you, dear Mr. Richards, might have a collegial rapport with the Court prosecutors, but, as you seem an honest law professional, I think that you would help them understand that what they are doing is of criminal mind, and not what Michael who, even in his collapsed mental health condition, never hated anyone, never hurt anyone, never wished harm to anyone, never gave any sign that he might nurture such thoughts in any way. Please, dear Mr. Richards, please inform the Honorable Judge Reddick of the real situation/scenario, so that she being the only Judge(after Judge Higgins) who compassionately understands Michael's mental health condition, so that she will be informed that, in reality, Michael never committed a crime. Michael and I are very grateful to Judge Reddick for her compassionate belief that one who is mentally ill is not helped by one's prison detention, but Michael and I are also sure that Honorable Judge Reddick has not been informed about the precedents that led Michael to being indefinitely and Unconstitutionally detained in CCDOC, about the lack of probable cause, about the cruel infliction of excessive

should not be in jail", so she gave Michael a bond of $50,000 on that charge.

- Dear Mr. Richards, I might be wrong in my understanding, but, if I am wrong , please be kind to correct me. The charges brought against Michael, as I stated in my previous email message to you, are onerous, exaggerated, as if concocted in a mind of someone who hates Michael and who wants him dead, only because he is mentally ill and because he dared to hope that a girl with a beautiful appearance would love him back, after she herself sent him 111 text messages, and, during his probation, constantly taunted him, enticed him, lured him, entrapped him: "Please call me right now, I love you so much", "It wasn't me. Someone snooped through my things", etc.
- This victim stated to common friends inquiring what did Michael do to her, "Michael didn't do anything to me, girl. I just wanted to see his ass rot in jail".
- The Orland Park Police(where the victim's father, I was told, works), commissioner of the Orl.Pk Police dept., Ms. Christy Griffin, prosecutor Lawler, officers Rossi and Jankowsky (who arrested, assaulted, and forced Michael to sign a Confession that we never saw, and who, also(Mr.Rossi) signed for a Grand Jury on June, 2012, officers Jankowsky, and Rossi who claimed in the OrlPkPolice Report that Michael "violated a NCO, between 6/06/12 and 6/10/12, by calling the victim", yet the NCO TempOrary Order was issued on 6/11/2012 – these state actors worked together with Professor Kelly Marshall from DePAul University, professor of the Film class where the victim met Michael, she being the one who initiated the

punishment on Michael, about the conspiracy of cruel state actors against Michael, only because he is mentally ill, and who even attempted to have Michael killed twice (on 12/08/2012 and on 5/09/2014) and who, as of today, still continues to frame and to unconstitutionally oppress Michael in jail, to force him to plead guilty to their unconstitutional charges.

(720 ILCS 5/12-7.5)

Sec. 12-7.5. Cyberstalking.

(a) A person commits cyberstalking when he or she engages in a course of conduct using electronic communication directed at a specific person, and he or she knows or should know that would cause a reasonable person to:

(1) fear for his or her safety or the safety of a third person; or

(2) suffer other emotional distress.

(a-3) A person commits cyberstalking when he or she, knowingly and without lawful justification, on at least 2 separate occasions, harasses another person through the use of electronic communication and:

(1) at any time transmits a threat of immediate or future bodily harm, sexual assault, confinement, or restraint and the threat is directed towards that person or a family member of that person; or

(2) places that person or a family member of that person in reasonable apprehension of immediate or future bodily harm, sexual assault, confinement, or restraint; or

(3) at any time knowingly solicits the commission of an act by any person which would be a violation of this Code directed towards that person or a family member of that person.

(a-5) A person commits cyberstalking when he or she, knowingly and without lawful justification, creates and maintains an Internet website or webpage which is accessible to one or more third parties for a period of at least 24 hours, and which contains statements harassing another person and:

(1) which communicates a threat of immediate or future bodily harm, sexual assault, confinement, or restraint, where the threat is directed towards that person or a family member of that person, or

(2) which places that person or a family member of that person in reasonable apprehension of immediate or future bodily harm, sexual assault, confinement, or restraint, or

(3) which knowingly solicits the commission of an act by any person which would be a violation of this Code directed towards that person or a family member of that person.

(b) Sentence. Cyberstalking is a Class 4 felony; a second or subsequent conviction is a Class 3 felony.

**Annotations to Michael's Court Transcript of February 16, 2017**

p. 4 lines 15-24 and p. 5, lines 1-3.

The Court: Counsel, was there not a challenge to the constitutionality of some of the charges based on recent developments in the law?

Mr. Richards: Yes. Your Honor, let me specify. There are also two cases in Bridgeview, which I do not believe are before you. Those are before Judge Kennedy. In both of those cases, those are violations of probation in which the charge Mr. O'Connor plead guilty to is the exact same charge as in *Relerford* and we filed 2-1401 petitions as to both cases but have not gotten a resolution.

Annotation: If the *Elonis* case was decided by the US Supreme Court on June 1st, 2015, and *Relerford* was decided by the Illinois Appellate Court on June, 2016, why is the Bridgeview Court, which charged Michael with those unconstitutional cases, and sentenced him to probation, still holding onto those charges and their ensuing probation, and refuses to give Michael bond, these charges having been also, as per Mr. Josh Richards' statement in the Court Transcript of June, 2016, the prosecution informed him that the two cases in Bridgeview have been dropped due to their unconstitutionality?

Also, why, as per the above transcript of 2/16/2017, is the Bridgeview Court still refusing to respond not only to Michael's March, 2013 Revocation of his unconstitutional guilty plea, but, also to Mr. Richards' twice filed 2-1401 petitions? And how long will have Michael to be unconstitutionally incarcerated with No Bonds and other charges piled on him, on the basis of

the unconstitutional charges and while he was in jail, being constantly interrogated and having his stalking charges boosted, added more charges, and even the civil VNCO boosted to a criminal level, so he has been given No Bond even on his violation of a civil NCO?

Back to the Court Transcript of 2/16/2017, p. 5, lines 4 – 24:

"As to the three cases in front of you, the most serious involves a Class II harassment of a witness."

Annotation: How is it possible to charge someone who is incarcerated, on unconstitutional charges, after an interrogation in jail, at which he refused to participate without his lawyer, and as a result, two officers wrote identical statements that they themselves signed as evidence of a crime that consists of the defendant Michael having sent, while he was still on morphine effect for his pain caused by the brutal 5/9/2014 assault in the Bond Court, and delusional, he wrote a love letter to the victim, and a letter of concern to her father, to ask him to protect his "angel"? How, when, and on what probable cause is he charged again with this serious Class II felony of harassing a witness? Besides, the No Contact Order had expired on 7/09/2014 and the harassment of the witness occurred on 7/16/2014, so Michael should not have been charged with a second violation of the NCO, which should not have been raised from a misdemeanor to a felony only to give Michael one more No Bond charge. I really believe that these are cruel and unusual punishments, and the lack of bond is excessively oppressive.

Beside the above annotation, please note that Michael has been continually incarcerated without a trial, since 5/9/2014 until presently and

that is the reason of the 402 conference that Mr. Richards is requesting further in this transcript, except that there are not "three", but four felonies now in front of Judge Reddick, since the violation of the NCO has been raised to a felony, so that its bond is raised to NB.

It is difficult for Michael and me to understand how "the elected case", which is the 14CR10369, is the one in which the Class II felony is pending. So in that case there is a Class II charge, a Class III aggravated stalking, and then the remaining two counts are Class IV's, violating a "stalking no-contact order". (p.6, lines 10-15)

Annotation: Michael and I do not understand how one charge carries more than one charge, we do not understand why the civil No Contact order is called "Stalking No Contact order", we do not understand how "as to the 14 CR 08935 there are a total of seven charges" (lines 16 -20, p. 6). Please help us understand and please help us obtain evidence and probable cause for these onerous charges.

Michael and I also object to the prejudice that the prosecution creates in front of this compassionate Judge who refused to send Michael to 30 years in prison, as the prosecution offered just a few months ago. To this 402 conference, we object to the prosecution's allegations that have never been proven, nor based on facts, real hearsays that also pertain to the charges in Bridgeview, which, according to Mr. Josh Richards, in June, 2016, the prosecution informed him that these cases have been dropped due to their unconstitutionality. We object to every allegation that the prosecution

brings, on the pages of the transcript as hearsay, and also as Michael and I never saw those several letters and we object to their number, to the fact that Michael confessed to "members of the police department". Michael suffered great cognitive losses and he does not remember, and neither Michael nor I saw those numerous letters, except one page that I have as an excerpt from Michael's writing about loving the victim and his concern for her safety. Although Mr. Richards states that he has received these letters and that they are in discovery, Michael and I have never been allowed to see them. We also have not been allowed to see the Grand Jury's transcripts, the interrogation that took place twice in the Orland Park police station, when after responding to the invitation to come over to talk, Michael walked into the Orland Park police station on 6/14/2012 and never came back home. **Where Michael's initial charge was that, between 6/6 and 6/10/2012, he violated a Temporary NCO issued on 6/11/2012 (?!) and signed by the police officer Jankowsky.** The probable cause read by Prosecutor Lawler in Bridgeview Court was that Michael had said, "I don't just want to have sex with you, I want to have a relationship with you", which I agree sounds gauche, but, as my family was inquiring about Michael's accusations, my youngest son commented, "But who would talk like this to a girl?" and we all knew that Michael could. Michael, who was introducing himself, "Hi, I'm Michael and I am bipolar".

He did not talk & asked lawyer

On 6/14/2012, after the Orland Park officers asked my husband to leave because they would send Michael back on the train, Michael has been assaulted, deprived of a lawyer, deprived of his Miranda Rights until, after being enticed to sign a paper that someone behind the door of the interrogation room wrote, Michael signed it so that the officers allow him to

The culmination of these assaults on Michael's not just constitutional rights, but on his life itself, occurred on 5/9/2014, when, unmedicated for four days and then, at midnight before the Bond Court of 5/09/2014, Michael said,"No!" to more cyberstalking charges, and he was left "dead flesh" in a most conscience shocking assault by four sheriffs kicking the handcuffed/shackled body of Michael in the head, face, back, swearing and spitting at him, calling him "sex offender" and promising that they will kill lhim. As he saw his teeth on the floor, and felt his right eye coming out of its socket, Michael said he knew that they were beating to kill him, and the only sorrow he had was that he would leave this earth he loved with his last memories being them swearing and spitting at him as he was kicked on the floor by the big heavy boots of those brutal law enforcers. Michael said that his "American Dream" (the title of his published novel) became an American Nightmare. Michael's damages are irremediable, his brain damage caused by blunt head trauma in 11 sites caused him great cognitive losses, deafness and blurry vision, disfigurement, back injuries, a broken knee, nose, maxillary, and excessive anxiety, PTSD, and SI. Yet he is still, after almost three years of being unconstitutionally incarcerated, as of today, in chains, literally, in an excessively small cell with moldy walls, 23/24 hrs daily, having never been allowed to receive any treatment for his injuries since the Cermak doctors have asserted that they do not have any proof in their records that Michael was ever assaulted.

Also, most recently, I assume because we wrote to the highest court in the State, Michael has been pressed, even by the jail guards, to plead guilty. Due to Michael's extreme damages, especially his cognitive losses, due to Michael's excessive stress of being incarcerated for so long without being

granted his due process. Michael is easily swayed to plead guilty and I need you to be informed that, if Michael pleads guilty under these circumstance that I presented to your attention, Michael should have his guilty plea vacated and Michael should have an I Bond (he has been reduced to an indigent status) so he could have a trial on whatever charges to which he might have plead guilty.

The prosecution omits all these important facts when she informs the Judge about Michael's charges and how they have been charged.

Please note that in the September 9th, 2014 Court, Judge Higgins admonished the prosecution O'Brien by noting that it would not have been possible for Michael to be "stalking and following " when he was in jail, and also when Judge Higgins asked Prosecutor O'Brien what did Michael say that caused emotional distress in the victim and in her father, Ms. O'Brien said, "Judge he keeps saying that he loves her and that he wants to marry her", at which Judge Higgins responded that she did not find this threatening, that she did not find Michael a danger, that he should not be incarcerated, and she refused to give him, as the prosecution asked, No Bond for this charge. Despite this Judge's order, Michael continues to appear with No Bond for this charge, his NCO being boosted again to a felony level, so that he still appears with No Bond for the VNCO, and, most disturbingly, the charge itself seems to be boosted by someone who has access to the CCDOC records, the charge is boosted to "5/12-7 3(a/5)(1), instead of 720ILCS 5/12-7.4(a)(3), which appears in the Judge's, the defense attorney's and the prosecution's records, and which is less severe.

Could this incognito affiliate with access to Michael's records be the voitim's father, who is affiliated with the Orland Park police? Could he possibly be involved with Michael's original 2014 Mt. Sinai ER medical records which have disappeared and been replaced with a type of information that, after his assault of 5/9/2014, when he had to be resuscitated twice, state that Michael walked to the hospital and complained that his head hurts?

We definitely need the Prosecution's complete discoveries, including all the phone conversations; the Orland Park police phone given to the victim and routed to the police; the metadata of all their computers, private and owned by the police department; the complete e-discovery and phone company discoveries of the victim's, her father, and the Orland Park police video of Michael's repeated gruesome interrogations, before they are presented as the fruit of the poisoned tree in the Court of Law in front of a compassionate and educated Judge who is deprived of the truth of the facts, who is presented with false allegations about the facts of the case, about the 111 messages that the victim sent Michael and her continuous reaching out to Michael during his probation, with statements like, "I miss you, I would never turn you in to the police, call me right now, I love you, it wasn't me, someone snooped through my things ...etc", about her semi-naked photos which she sent to Michael. We need to see if she owned the Samsung device with which those photos were taken; about Michael's behavior and character; Michael's concern about "staining her honor"; being concerned about her exposed nudity and asking her father to protect her. The prosecution should produce all the relevant evidence before making criminal statements about Michael and presenting to the Judge illegally obtained evidence and Michael's distorted and taken out of context statements. Again, the director of the Security Department of Craigslist

answered my request and showed me that Michael's postings that the Orland Park police and Prosecutor Lawler used to incriminate Michael by taking them out of context, "have been paid to delete" and the same with Michael's Facebook postings. The victim stated in Judge McGuinnis' Court, on 8/22/2014, that she does not have a Facebook account, that she was never confined, threatened, exploited, etc. by Michael, and, when Michael's defense attorney, Mr. Shay Allen asked her why did she then marked all these accusations against Michael, the prosecutor intervened, saying that she just marked every box on the NC Order. Could this be an excuse for the traumatic incarceration of and assaults on Michael? I guess he will always forgive, but would you consider it just careless mistakes on the part of the prosecution and of the judiciary?

Other missing evidence includes the metadata of the Facebook and Craiglist concerning Michael's and the victim's postings addressed to Michael, as well as Julia's letter, Michael's TASC therapist, who, two days before he was arrested on 5/6/2014, sent Michael to Northwestern Hospital, by ambulance, because she realized how sick Michael was - having episodes and writing uncontrollably. This letter that Ms. Julia gave to Judge Higgins, is not to be found and we do not have a copy at least to show to Judge Reddick.

On page 18 of the 2/16/2017 transcript, the prosecutor is again reiterating the false hearsays that they kept erroneously and misleadingly stating since 2012, without ever having proved the validity of their illegally obtained and counterfeited evidence.

On page 21 of the transcript, the prosecutor states that the victim "made it clear to him that she doesn't want any contact from him, but he refuses to accept that." Neither the victim, nor her father had ever talked with Michael to ask him to not contact them, au contraire, the victim (and I assume her father, in disguise of the police and/or via cyberspace) continuously targeted Michael, enticing, entrapping, in fact, I think, mocking Michael non-stop, which, also must have sadistically accelerated Michael's bipolar episodes, thus landing him in indefinite incarceration. If someone suffered irreparable harm in all these incidents, excessive fear and unconscionable charges, that is Michael, and not the frivolous victim and her father.

Having Michael punished excessively for unconscionable behavior is not doing a service to protect "society" or the victim from Michael. Michael is not a monster because he is bipolar and because when a beautiful girl approaches him he falls for her and continues to hope that she will reciprocate his feelings, especially when, sadistically she never tells him to stop or that she is not interested in pursuing a relationship. Michael is bipolar, but so were Lincoln, and Van Gogh, Beethoven, and Churchill, and other geniuses who, despite their mental illnesses, have considerably contributed to Society's patrimonium, and who did not/should have not been prohibited from being active members of society, kept at bay for fear that they "might do something", maybe something genial that enriched society

Keeping Michael in chains and shackles, unconstitutionally incarcerated and forging more absurd charges to justify that, is not what a just society governed by the US Constitution is. Denying Michael to ever use a computer is an anomaly, since Michael is a published writer, he

distinguished himself by his high GPA in AP Writing and Journalism classes in Mt. Carmel HS, and at DePaul University, where he was a Senior when this horrible pogrom against him started.

I sincerely hope that you will direct the prosecution to either produce viable, legally sound evidence against Michael and prove him guilty of the crimes that they charge Michael with, or, otherwise drop their charges and free Michael from his chains, shackles, and 23 out of 24 hours per day incarceration confined in a moldy, fetid, excessively small cell.

Search Images Maps Play YouTube News **Gmail** Drive More »

**vocmoc@gmail.com** | Account | Settings | Help | Sign out

Some important features may not work in this version of your browser, so you have been redirected to the Basic HTML version. Upgrade to a modern browser, such as Google Chrome.

Gmail by Google

Search Mail | Search the Web | Show search options | Create a filter

**Compose Mail**
**Inbox (3860)**
Starred
Sent Mail
**Drafts (97)**
All Mail
**Spam (113)**
Trash

**Contacts**

Labels
Notes
Personal
Receipts
Travel
Work
Edit labels

« Back to Inbox | Archive | Report Spam | Delete | More Actions... | Go

‹ Newer 12 of 6296 Older ›

Print | New window

## Fwd: Michael O'Connor

Inbox

**Valentina O'Connor** <vocmoc@gmail.com> Mon, Nov 19, 2012 at 10:07 AM
To: vocmoc@gmail.com

Reply | Reply to all | Forward | Print | Delete | Show original

---------- Forwarded message ----------
From: Valentina O'Connor <vocmoc@gmail.com>
Date: Tue, 6 Nov 2012 11:57:07 -0600
Subject: Re: Michael O'Connor
To: "Corrin, Dean" <DCORRIN@depaul.edu>
Cc: Valentina O'Connor <vocmoc@gmail.com>

Dear Mr. Corrin,
I am writing this to ask you if you would write a letter giving your student Michael W. O'Connor permission to withdraw from your class. We must assemble and turn in one single packet to Dr. Art Munin, consisting of letters granting permission to withdraw from each of Michael's professors, and two other documents, which we have, in order to complete his appeal for late withdrawal, ASAP.
I am his father. My personal email is mocvoc@msn.com. This is my wife's G-Mail account.
Your good thoughts are much appreciated, as is your kind expression of concern, as Michael finds himself in a dire situation at present, and we are trying make the outcome for all concerned as least disruptive and damaging as possible. Michael was wise to have chosen DePaul.
Thank you,
Michael C. O'Connor
On Sun, Oct 21, 2012 at 7:15 PM, Corrin, Dean <DCORRIN@depaul.edu> wrote:

> Mrs. O'Connor,
>
> I am so sad to hear about Michael's situation. I can't imagine the pain
> both of you are experiencing. Please know that my thoughts are with all of
> your family.
>
> I have written to Art Munin to start the conversation about the
> possibility of Michael completing this class. I'll keep you posted on our
> discussions.
>
> Please give Mike my best. I hope the situation can be resolved.
>
> Let me know if I can help in any way. Please know that I will be thinking
> of both of you.
>
> Dean
>
> *From*: Valentina O'Connor [mailto:vocmoc@gmail.com]